# Exhibit A




Victoria Baranetsky <vbaranetsky@revealnews.org>

## Fwd: Acknowledgment
3 messages

**Will Evans** <wevans@revealnews.org>  Tue, Feb 26, 2019 at 10:27 AM
To: Victoria Baranetsky <vbaranetsky@revealnews.org>

Here's the acknowledgment and initial request.

---------- Forwarded message ----------
From: **Karamoko, Arginia - SOL** <Karamoko.Arginia@dol.gov>
Date: Tue, Jan 9, 2018 at 3:06 PM
Subject: Acknowledgment
To: Will Evans <wevans@revealnews.org>
Cc: Oliver, Ramona - SOL <Oliver.Ramona@dol.gov>, OFCCP NO FOIA <OFCCP_NO_FOIA@dol.gov>

Hello:

Your request has been assigned to OFCCP with tracking number **848514**. When they begin processing it, you will be able to track its progress at www.dol.gov/foia. If you need to contact them about it for any reason, please submit your inquiry through ofccp_no_foia@dol.gov or phone 202-693-0101. In addition, it would be helpful to include the tracking number in the Subject line of any submission to the agency or to have it available at the time of a call.

Sincerely,

**Arginia Karamoko**

Government Information Specialist, Office of Information Services

Office of the Solicitor | Management & Administrative Legal Services

U.S. DEPARTMENT OF LABOR

200 Constitution Ave., N.W., N-2420 | Washington, DC 20210

T: (202) 693-5531 | F: (202) 693-5389 | E: karamoko.arginia@dol.gov

***This message may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this email in error, please notify the sender immediately.***

**From:** Will Evans [mailto:wevans@revealnews.org]
**Sent:** Thursday, January 04, 2018 3:57 PM
**To:** FOIARequests
**Subject:** FOIA Request - OFCCP

Dear FOIA Officer,

Under the Freedom of Information Act, I am requesting a copy of the following records from OFCCP:

- The EEO-1 Consolidated Report (Type 2), for 2016, for the following companies:

    **Advanced Micro Devices**

    **Agilent Technologies**

    **Align Technology**

    **Applied Materials**

    **Arista Networks**

    **Bloom Energy**

    **Box Inc.**

    **Cadence Design Systems**

    **Cloudflare**

    **Docusign**

    **Dropbox**

    **Equinix**

    **Eventbrite**

    **Fair Isaac**

    **Fitbit**

    **Gilead Sciences**

    **Github**

    **Intuitive Surgical**

    **Juniper Networks**

    **KLA-Tencor**

    **Lam Research Corporation**

Linear Technology

Maxim Integrated Products

Netflix

Oracle

Palantir

Palo Alto Networks

Pandora Media

PayPal

Penumbra

RingCentral

ServiceNow

ShoreTel

Slack Technologies

SolarCity

Splunk Inc

Stripe Inc.

Sunpower

SurveyMonkey

Symantec

Synnex

Synopsys

Tesla

TiVo

Trimble Navigation

Twilio

Varian Medical Systems

Verifone

VMware

WageWorks

Workday

Xilinx

Yahoo Inc.

Yelp

Zendesk

**Please note, as discussed with OFCCP's FOIA officer, this request should not be consolidated with previous requests.**

**Also, please provide interim responses and release records on a rolling basis.**

I am a representative of the news media as a reporter with Reveal from The Center for Investigative Reporting, a non-profit investigative journalism organization. This request is made as part of news gathering and not for a commercial use. I respectfully ask that you waive fees related to this request. Please notify me of any charges before fulfilling this request.

Please contact me with any questions at 510-809-2209 or wevans@revealnews.org

Thank you for your attention to this request.

Sincerely,
Will Evans
Reveal / The Center for Investigative Reporting
1400 65th, Suite 200
Emeryville, CA 94608


--

Will Evans

reporter

o: 510-809-2209