# Exhibit C

**U.S. Department of Labor**       Office of Federal Contract
                                   Compliance Programs
                                   200 Constitution Avenue, N.W.
                                   Washington, D.C. 20210



MAR 1 3 2018

Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is a first response to your Freedom of Information Act (FOIA) request submitted to
the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please refer
to the above-referenced FOIA tracking number in any future correspondence regarding your
FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for fifty-five
companies. We are including the interim results in Attachment A.

We consider you to be a "news media" type of requestor. As a "news media" requestor, we
charge you for photocopying after the first 100 pages in accordance with the U.S. Department of
Labor FOIA regulations at 29 CFR § 70.40(c)(4). We believe we are being responsive to your
FOIA request. Should you have questions regarding your request, please contact this office at
(202) 693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do
not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-
5427. Alternatively, you may contact the Office of Government Information Services within the
National Archives and Records Administration (OGIS) to inquire about the mediation services
they offer. The contact information for OGIS is as follows: Office of Government Information
Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD
20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-
5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by
writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state
in writing the grounds for the appeal, and it may include any supporting statements or arguments,
but such statements are not required. In order to facilitate processing of the appeal, please
include your mailing address and daytime telephone number, as well as a copy of the initial

request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant

Attachment

Attachment A

Companies not identified as federal
contractors (19)

Align Technology
Arista Networks
Cloudflare
Dropbox
Eventbrite
Github
Lam Research Corporation
Linear Technology
Netflix
RingCentral
ShoreTel
Stripe Inc.
SurveyMonkey
Symantec
Tesla
TiVo
Twilio
Workday
Yelp

Companies to be discussed in a later
response (36)

Advanced Micro Devices
Agilent Technologies
Applied Materials
Bloom Energy
Box Inc.
Cadence Design Systems
Docusign
Equinix
Fair Isaac
Fitbit
Gilead Sciences
Intuitive Surgical
Juniper Networks
KLA-Tencor
Maxim Integrated Products
Oracle Corporation
Palantir Technologies Inc.
Palo Alto Networks
Pandora Media
PayPal, Inc.
Penumbra
ServiceNow
Slack Technologies
SolarCity
Splunk Inc.
Sunpower
Synnex
Synopsys
Trimble Navigation
Varian Medical Systems
Verifone
VMware
WageWorks
Xilinx
Yahoo Inc.
Zendesk

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
 200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is a second response to your Freedom of Information Act (FOIA) request submitted to
the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please refer
to the above-referenced FOIA tracking number in any future correspondence regarding your
FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for 55
companies. The results so far are found in Attachment A.

We consider you to be a "news media" type of requestor. As a "news media" requestor, we
charge you for photocopying after the first 100 pages in accordance with the U.S. Department of
Labor FOIA regulations at 29 CFR § 70.40(c)(4).

We believe we are being responsive to your FOIA request. Should you have questions regarding
your request, please contact this office at (202) 693-0101 or by email at
OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do
not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-
5427. Alternatively, you may contact the Office of Government Information Services within the
National Archives and Records Administration (OGIS) to inquire about the mediation services
they offer. The contact information for OGIS is as follows: Office of Government Information
Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD
20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-
5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant


Attachment

Attachment A

| Companies not identified as federal contractors (19) | Companies that objected to the release of their data on the grounds of FOIA Exemption 4 (14) | Companies to be discussed in a later response (22) |
|---|---|---|
| --------------------------- | --------------------------- | --------------------------- |
| Align Technology | Agilent Technologies | Advanced Micro Devices |
| Arista Networks | Applied Materials | Bloom Energy |
| Cloudflare | Docusign | Box Inc. |
| Dropbox | Fitbit | Cadence Design Systems |
| Eventbrite | Juniper Networks | Equinix |
| Github | Maxim Integrated Products | Fair Isaac |
| Lam Research Corporation | Oracle Corporation | Gilead Sciences |
| Linear Technology | Palantir Technologies Inc. | Intuitive Surgical |
| Netflix | Pandora Media | KLA-Tencor |
| RingCentral | Splunk Inc. | Palo Alto Networks |
| ShoreTel | Synopsys | PayPal, Inc. |
| Stripe Inc. | Verifone | Penumbra |
| SurveyMonkey | Xilinx | ServiceNow |
| Symantec | Zendesk | Slack Technologies |
| Tesla | | SolarCity |
| TiVo | | Sunpower |
| Twilio | | Synnex |
| Workday | | Trimble Navigation |
| Yelp | | Varian Medical Systems |
| | | VMware |
| | | WageWorks |
| | | Yahoo Inc. |

**U.S. Department of Labor**

AUG 1 4 2018

Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is a third response to your Freedom of Information Act (FOIA) request submitted to the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please refer to the above-referenced FOIA tracking number in any future correspondence regarding your FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for 55 companies. Attachment A reflects our results so far. We will email all files released under this FOIA.

We believe we have been responsive to your FOIA request. Should you have questions regarding your request, please contact this office at (202) 693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-5427. Alternatively, you may contact the Office of Government Information Services within the National Archives and Records Administration (OGIS) to inquire about the mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked

"Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant


Attachments

Attachment A

| Companies not identified as federal contractors (19) | Companies that did not object to the release of their data (15) | Companies to be discussed in a later response (20) |
|---|---|---|
| Align Technology | Advanced Micro Devices | Agilent Technologies |
| Arista Networks | Bloom Energy | Applied Materials |
| Cloudflare | Cadence Design Systems | Box Inc. |
| Dropbox | Fair Isaac | Docusign |
| Eventbrite | Palo Alto Networks | Equinix |
| Github | PayPal, Inc.[1] | Gilead Sciences |
| Lam Research Corporation | Penumbra | Fitbit |
| Linear Technology | ServiceNow | Intuitive Surgical |
| Netflix | Slack Technologies | Juniper Networks |
| RingCentral | SolarCity | KLA-Tencor |
| ShoreTel | Synnex | Maxim Integrated Products |
| Stripe Inc. | Varian Medical Systems | Oracle Corporation |
| SurveyMonkey | VMware | Palantir Technologies Inc. |
| Symantec | WageWorks | Pandora Media |
| Tesla | Yahoo Inc. | Splunk Inc. |
| TiVo | | Sunpower |
| Twilio | | Synopsys |
| Workday | | Verifone |
| Yelp | | Xilinx |
| | | Zendesk |

Companies removed from request (1)
Trimble Navigation

[1] PayPal has released this information publicly on their website.