# Exhibit D



Will Evans <wevans@revealnews.org>

## RE: CIR/Will Evans - Copies of Notices of Intent to Disclose

**OFCCP NO FOIA** <OFCCP_NO_FOIA@dol.gov>　　　　　　　　　　Thu, Nov 29, 2018 at 10:21 AM
To: "Will Evans (wevans@revealnews.org)" <wevans@revealnews.org>
Cc: Victoria Baranetsky <vbaranetsky@revealnews.org>

Dear Mr. Evans,

In order to resolve this matter based on its particular circumstances, and consistent with the Court's instructions to complete production by November 30, please see the attached production.

| Company | EEO-1 Data | EO12600 Response |
|---|---|---|
| FOIA 838133 | | |
| Gilead | ✔ | ✔ |
| Oracle | ✔ | ✔ |
| Palantir | ✔ | ✔ |
| Pandora | ✔ | ✔ |
| Splunk | ✔ | ✔ |
| Synnex | Released | ✔ |

Sincerely,

The OFCCP FOIA Team

[Quoted text hidden]

**11 attachments**

　**Pandora Media 2015 Status 2.xlsx**
　　11K

　**Splunk Inc 2015 Status 2.xlsx**
　　11K

- Gilead Sciences 2015 Status 2.xlsx
  11K
- Oracle 2015 Status 2.xlsx
  11K
- Palantir 2015 Status 2.xlsx
  11K
- Gilead Objection to FOIA 838133.pdf
  3020K
- Oracle Objection to FOIA 838133.pdf
  3540K
- Palantir Objection to FOIA 838133.pdf
  2706K
- Pandora Objection to FOIA 838133.pdf
  2799K
- Splunk Objection to FOIA 838133.pdf
  4274K
- Synnex Objection to FOIA 838133.pdf
  2258K