1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ELLEN LONDON (NYRN 4605671)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7288
6      FAX: (415) 436-6748
       ellen.london@usdoj.gov
7
   Attorneys for Federal Defendant
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13  THE CENTER FOR INVESTIGATIVE          )  No. 19 Civ. 01843 (KAW)
    REPORTING and WILL EVANS,             )
14                                        )  **STIPULATION AND [PROPOSED] ORDER TO**
         Plaintiffs,                      )  **ADJOURN CASE MANAGEMENT DEADLINES**
15                                        )
      v.                                  )
16                                        )
    UNITED STATES DEPARTMENT OF           )
17  LABOR,                                )
                                          )
18       Defendant.                       )
                                          )
19

20       The parties, by and through their counsel, hereby stipulate as follows:

21       WHEREAS, on April 5, 2019, Plaintiffs filed a complaint under the Freedom of Information Act

22  ("FOIA") in the above-entitled action; and

23       WHEREAS, the key issue in this case is whether certain responsive documents may be withheld

24  pursuant to Exemption 4 of the FOIA;

25       WHEREAS, on June 24, 2019, the Supreme Court of the United States issued an opinion in

26  *Food Marketing Institute v. Argus Leader Media* ("*Argus Leader*"), which provides for a new standard

27  for Exemption 4;

28       WHEREAS, the Government is assessing its position in this case in light of *Argus Leader*;

STIPULATION AND [PROPOSED] ORDER          1
19 CV 01843 (KAW)

1      WHEREAS, the parties believe that the two options for next steps are a resolution that would

2  include providing the requested information or filing cross motions for summary judgment as to the

3  propriety of withhold the information; and

4      WHEREAS, the parties believe that it is most efficient to adjourn the Case Management

5  Conference scheduled for July 9, 2019, and instead of filing a Case Management Statement (currently

6  due on July 2, 2019), ECF No. 6, the parties file by July 17, 2019, either a briefing schedule or a status

7  report if there is a likelihood of a potential resolution;

8      NOW THEREFORE, the parties hereby STIPULATE that they need not submit a Case

9  Management Statement on July 2, 2019, that the Case Management Conference currently scheduled for

10  July 9, 2019, be taken off the Court's calendar, and that on July 17, 2019, the parties will submit either a

11  proposed briefing schedule or a status report addressing a potential resolution.

12

13  DATED: June 27, 2019          Respectfully submitted,

14                          DAVID L. ANDERSON
United States Attorney

15

16                            */s/ Ellen London\**
ELLEN LONDON
Assistant United States Attorney

17

18                          Attorneys for Federal Defendant

19  DATED: June 27, 2019          THE CENTER FOR INVESTIGATIVE
REPORTING

20

21                          */s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

22                          Attorneys for Plaintiffs

23

24  *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

25

26  *//*

27  *//*

28

STIPULATION AND [PROPOSED] ORDER     2
19 CV 01843 (KAW)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE KANDIS A. WESTMORE

STIPULATION AND [PROPOSED] ORDER          3
19 CV 01843 (KAW)