```
1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ELLEN LONDON (NYRN 4605671)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7288
6       FAX: (415) 436-7169
        ellen.london@usdoj.gov
7
   Attorneys for Federal Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　Defendant. | No. 19 Civ. 01843 (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE** |

　　　　In accordance with the Court's Order dated July 1, 2019, [ECF No. 19], the parties, by and through their counsel, hereby propose the following schedule for cross motions for summary judgment as to the propriety of withholding the requested documents pursuant to Exemption 4 of the Freedom of Information Act:

　　　　Government to file a motion for summary judgment on August 16, 2019;

　　　　Plaintiff to file an opposition and cross motion for summary judgment on September 16, 2019;

　　　　Government to file an opposition and reply on September 30, 2019; and

　　　　Plaintiff to file a reply on October 14, 2019.

| | |
|---|---|
| DATED: July 17, 2019 | Respectfully submitted, |
| | DAVID L. ANDERSON<br>United States Attorney |
| | _____/s/ Ellen London*_____<br>ELLEN LONDON<br>Assistant United States Attorney |
| | Attorneys for Federal Defendant |
| DATED: July 17, 2019 | THE CENTER FOR INVESTIGATIVE REPORTING |
| | _____/s/ D. Victoria Baranetsky_____<br>D. VICTORIA BARANETSKY |
| | Attorneys for Plaintiffs |

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

//

//

## [PROPOSED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE KANDIS A. WESTMORE