```
DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELLEN LONDON (NYRN 4605671)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7288
    FAX: (415) 436-7169
    ellen.london@usdoj.gov

Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | No. 19 Civ. 01843 KAW<br><br>**STIPULATION AND MODIFIED ORDER TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE** |

In accordance with the Court's Order dated July 1, 2019, [ECF No. 19], the parties, by and through their counsel, hereby propose the following schedule for cross motions for summary judgment as to the propriety of withholding the requested documents pursuant to Exemption 4 of the Freedom of Information Act:

Government to file a motion for summary judgment on August 16, 2019;

Plaintiff to file an opposition and cross motion for summary judgment on September 16, 2019;

Government to file an opposition and reply on September 30, 2019; and

Plaintiff to file a reply on October 14, 2019.

| | |
|---|---|
| DATED: July 17, 2019 | Respectfully submitted, |
| | DAVID L. ANDERSON<br>United States Attorney |
| |     */s/ Ellen London**<br>ELLEN LONDON<br>Assistant United States Attorney |
| | Attorneys for Federal Defendant |
| DATED: July 17, 2019 | THE CENTER FOR INVESTIGATIVE REPORTING |
| |     */s/ D. Victoria Baranetsky*<br>D. VICTORIA BARANETSKY |
| | Attorneys for Plaintiffs |

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

//

//

## MODIFIED ORDER

The hearing on the cross-motions will be held on 11/7/19 at 1:30 pm.
Pursuant to Stipulation, IT IS SO ORDERED.

Dated: July 18, 2019

_____
THE HONORABLE KANDIS A. WESTMORE

IT IS SO ORDERED
/s/ Kandis Westmore
Judge Kandis Westmore