Rodney B. Sorensen, Bar No. 196926
rbs@paynefears.com
PAYNE & FEARS LLP
235 Pine Street, Suite 1175
San Francisco, California 94104
Telephone:   (415) 738-6850
Facsimile:   (415) 738-6855

Attorneys for
Third Party XILINX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 4:18-cv-01843-KAW<br><br>**DECLARATION OF TANIA BARROS REGARDING XILINX'S CONFIDENTIALITY INFORMATION FALLING WITHIN FREEDOM OF INFORMATION ACT EXEMPTION 4** |

I, Tania Barros, hereby declare:

1. I have been an employee of Xilinx in the Human Resources Department for 15 years. I currently work in the capacity of HR Business Partner Director supporting our Central Engineering organization. My responsibilities include providing primary HR support to C suite executives and staff in assessing current organizational needs and identifying and implementing global solutions that drive the business and organizational strategy. In addition, I manage and facilitate organizational design and development, manage human resource programs including the annual focal program, facilitate talent reviews and drive various leadership and employee development initiatives. I have worked as a HR Business Partner at Xilinx for 11 years. Prior to this role, I worked as an HR

Generalist for 3 years where my responsibilities included preparing and analyzing organizational metrics, employee relations investigations and management / employee coaching. Prior to that position, I worked as an HR representative. In this role my primary responsibilities included answering general HR questions, interpreting HR guidelines/policies and programs, and resolving employee issues. I also analyzed HR call center inquiries, facilitated new hire orientation and managed leave of absence cases by providing in-depth policy and process overview. I am familiar with the data provided within the EEO-1 Reports and Xilinx's effort to maintain the confidentiality of that information.

2.  Xilinx is a technology company headquartered in San Jose, California with offices in Japan, Europe, and Asia Pacific. It is the world's leading provider of "All Programmable" technologies and devices, focusing on programmable logic designs and programmable systems integration. Xilinx employs approximately 3,000 people worldwide.

3.  Xilinx, a government contractor, provides EEO-1 data to the Office of Federal Contract Compliance Programs ("OFCCP"). Xilinx provides that data, which represents Xilinx business and commercial information, with the understanding that the OFCCP will protect the confidentiality of the data.

4.  Xilinx competes for the same business and government customers with other technology companies, and it competes head-to-head in the fierce competition to recruit and retain the top talent in the technology industry, especially diverse talent (i.e., candidates who bring to the workplace a diversity of thought, experience, and background, including race, ethnicity, gender, sexual orientation, or disability status, among others). Xilinx workforce data provided within the EEO-1 Report reflects the composition of the Xilinx workforce over time, thus the information in the EEO-1 Report could be used by Xilinx's competitors to recruit away Xilinx's well-trained and experienced employees. Since female and minority employees are in high demand in many job classifications, knowledge of employees' EEO-1 status is particularly valuable. If a competitor successfully lured away Xilinx employees using Xilinx confidential and proprietary information, the Company would lose the talent and experience of the departing employees and it would lose the

significant investment it has made in training those employees. Moreover, Xilinx would need to incur substantial cost in attempting to fill the vacated positions.

5. Xilinx does business in the highly competitive electronics industry and vigilantly protects its confidential workforce data information included within EEO-1 Reports to preserve its economic well-being. For example, Xilinx requires employees to sign confidentiality and non-disclosure agreements, which precludes public disclosure of personnel information contained within EEO-1 Reports. In addition, personnel records, including salaries, are stored securely with access given only to those with a business need for the information. Xilinx does not disclose or otherwise make publically available information contained within EEO-1 Reports.

6. Xilinx provides its EEO-1 Reports to the government pursuant to federal laws and regulations and with the longstanding understanding that this information remains confidential. Xilinx provides the government with its EEO-1 Reports in reliance on the government's assurance of confidentiality. Xilinx is aware of and relies on the instruction booklet concerning the EEO-1 Reports published by the Equal Employment Opportunity Commission. The instruction booklet states: "All reports and any information from individual reports are subject to the confidentiality provisions of Section 709(e) of Title VII, and may not be made public by the EEOC prior to the institution of any proceeding under Title VII involving the EEO-1 data. Any EEOC employee who violates this prohibition may be found guilty of a criminal misdemeanor and could be fined or imprisoned. The confidentiality requirements allow the EEOC to publish only aggregated data, and only in a manner that does not reveal any particular filer's or any individual employee's personal information. OFCCP will notify contractors of any Freedom of Information Act (FOIA) requests that are made to obtain any of the data provided on the EEO-1 report, and will protect the confidentiality of EEO-1 data to the maximum extent possible consistent with FOIA and the Trade Secrets Act. However, should OFCCP receive FOIA requests for any EEO-1 data on filers not within its jurisdiction, OFCCP will refer the requests to the EEOC for a response. The confidentiality provision of Section 709(e) of Title VII applies to all EEO-1 data submitted by filers that are not federal contractors, and the EEOC adheres to that statutory provision when reviewing all requests for EEO-1 data."

7. Xilinx relies on the assurance that the government "will protect the confidentiality of EEO-1 data to the maximum extent possible," both when asking its employees to disclose sensitive information about their identity, and when submitting the data to the government.

8. It is also my understanding that the Office of Federal Contract Compliance Programs has a practice of notifying EEO-1 submitters of FOIA requests for their data, pursuant to Department of Labor regulation 29 C.F.R. § 70.26, and that this is an acknowledgment that the Department of Labor considers such reports to be confidential commercial information. By informing contractors that that they will be given notice and will have an opportunity to object the release of the EEO-1 reports, OFCCP provides an additional assurance that the information will be treated as confidential and withheld to the extent permissible and appropriate under the law.

9. Xilinx is aware that on two prior occasions, both the San Jose Mercury News and CNN broadcast network made these same FOIA requests for technology companies. And, on both occasions, the companies that filed objections to the request were successful in blocking the disclosure of their EEO-1 reports based on the "commercial harm" of Exemption No. 4.

10. In 2009 the San Jose Mercury News organization requested through the FOIA for the Department of Labor to release so-called EEO-1 race and gender data for the fifteen largest Silicon Valley tech companies. Five of the companies that objected -- Google, Apple, Yahoo, Oracle and Applied Materials – were successful in blocking the release of these reports. In refusing to release the reports, William Thompson, then an associate solicitor with the DOL, wrote in the agency's final notification of action: "Such data can demonstrate a company's evolving business strategy…. The companies have articulated to us that they are in a highly competitive environment in which less mature corporations can use this EEO-1 data to assist in structuring their business operations to better compete against more established competitors."

11. Xilinx is aware that in 2011 CNN sought, through a FOIA request to the OFCCP (Tracking No. 672075), the EEO-1 reports from 20 high tech companies. Five companies filed written objections to the FOIA request -- Hewlett Packard, IBM, Apple, Microsoft and Google. All five were successful in preventing release of their EEO-1 reports. In the final response letter, dated Dec. 7. 2012, issued by Cynthia Spishak, the Deputy Director, Division of Management and

-4-   Case No. 4:18-cv-01843 KAW
DECLARATION OF TANIA BARROS

Administrative Programs, she wrote: "OFCCP reviewed the submitted objections letter and made an independent decision based on FOIA Exemption 4 criteria. The organizations made mandatory submissions to the government of information described as confidential proprietary trade secret information not released or otherwise made available to the public, or to competitors. The general reasons for the objections to the release of the companies' EEO-1 Reports include that confidential commercial information could cause competitive harm through divulgence to competitors of each firms' organizational and operational strategies plus a multitude of organizational behaviors, patterns, and trends; causing negative effects on the firms' markets and market segments; the information, if released, would divulge the firms' staffing models which could provide competitors with staff raiding opportunities; most of the objecting companies believe the release of the EEO-1 Reports could have adverse effects upon growth and expansion activities; and most believe the information release could adversely affect products and services. OFCCP believes that the federal contractors' objections to the release of their EEO-1 Reports provided well defined and reasoned objections to the release of their submitted information based on business practices and experience. OFCCP has determined it will withhold the federal contractors' information based upon FOIA Exemption No. 4." A copy of OFCCP Final Notification Letter to CNN, dated Dec. 7, 2012 is attached.

12. Xilinx also is aware that in 2013, 2015, 2016 and 2017, IBM successfully objected to news media FOIA requests for its EEO-1 reports under Exemption No. 4. See OFCCP's of Decision Rejecting Fortune's FOIA Request dated Apr. 24, 2017; OFCCP's Decision Rejecting Bloomberg's FOIA Request dated Nov. 3, 2016; OFCCP's Decision Rejecting Masterflight Foundation's FOIA Request dated Sept. 27, 2016; OFCCP's Decision Rejecting CNN Business News' FOIA Request dated July 22, 2013. Copies of those decisions are attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of August, 2019, at San Jose, California.

/s/ Tania Barros
Tania Barros