1  DENISE M. MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
2  ROBERT L. URIARTE (STATE BAR NO. 258274)
   ruriarte@orrick.com
3  KAYVAN GHAFFARI (STATE BAR NO. 299152)
   kghaffari@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025-1015
   Telephone:    650 614 7400
6
   ROBERT M. LOEB
7  rloeb@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  1152 15th Street, NW
   Washington, DC  20005
9  Telephone:    202 339 8475

10
   Attorneys for SYNOPSYS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. **4:19-cv-1843-KAW** <br><br> **DECLARATION OF SARAH LEE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW

DECLARATION OF SARAH LEE IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT

I, Sarah Lee, hereby declare as follows:

1. I am a Vice President of Human Resources at Synopsys. I provide this declaration in support of the United States Department of Labor and the United States Attorney's motion for summary judgment concerning the dissemination of Synopsys, Inc.'s ("Synopsys") 2016 EEO-1 Type 2 report in the captioned-matter above. I have personal knowledge of the facts set forth herein, except as to matters stated on information and belief, which I believe to be true. If called as a witness, I could and would testify competently to the facts set forth in this declaration.

2. I have been working in Human Resources at Synopsys for approximately 19 years. Synopsys is one of the world's leading technologies providing industry-leading and cutting-edge Electronic Design Automation ("EDA") solutions for the semiconductor industry. For more than 30 years, engineers around the world have used Synopsys technology to design and create integrated circuits and systems. Headquartered in Mountain View, California, Synopsys is the fifteenth largest software company in the world and currently employs over 13,000 employees worldwide. Becoming a leading technology company was no easy feat: it required strategic thinking about product development and company growth, as well as amassing and strategically retaining talented employees.

3. My current responsibilities require me to have a full understanding of Synopsys' Human Resources policies, data and reporting policies, information security policies as they relate to policies concerning the confidentiality of sensitive employee information, and employee onboarding policies.

4. Synopsys' EEO-1 Consolidated Reports (Type 2) ("EEO-1 Reports") provide data on the exact number of employees Synopsys employs in the United States. In addition, the EEO-1 Reports provide a detailed accounting of the number of employees that fall within a certain job category, such as "executive" or "sales workers." The EEO-1 Reports also identify the number of employees falling into one of several job categories based on race and gender. Therefore, the EEO-1 Reports identify the size, structure, and overall U.S. composition of Synopsys' workforce.

5. In order to obtain data underlying the EEO-1 Reports, Synopsys administers an Equal Employment Opportunity disclosure survey ("EEO Survey") to candidates during the

hiring process. Synopsys administers the EEO Survey pursuant to federal laws and regulations.

6. Synopsys treats its employees' self-identification as voluntary and confidential. Synopsys informs all of its employees that their self-identification data will be maintained in confidence, and Synopsys makes good on this commitment.

7. Synopsys provides a confidentiality assurance to every candidate and new employee every time they voluntarily participate in an EEO Survey. The assurance, promising confidentiality, reads:

> Employers are subject to certain governmental record keeping and reporting requirements for administration of civil rights laws and regulations. In order to comply with these laws, we invite you to voluntarily self-identify your race/ethnicity. Submission of this information is voluntary and refusal to provide it will not subject you to any adverse treatment.
>
> The information will be kept confidential and will only be used in accordance with the provisions of applicable laws, executive orders, and regulations, including those that require the information to be summarized and reported to the federal government of civil rights enforcement. When reported, this data will not identify any specific individual.

8. Synopsys includes this confidentiality assurance because it takes its employees' privacy seriously and treats this information as highly sensitive and confidential. Synopsys understands that the self-reported race and gender information obtained in the EEO Survey – and contained in the EEO-1 Reports – potentially implicates personal privacy interests that are important to Synopsys employees, and to Synopsys as well. In fact, the racial and gender data do not merely reflect biological categories that are known to the public; the data in these reports reveal a person's self-identification with a particular racial, ethnic, or gender group. Synopsys has heard from employees that they agree to provide this information under the expectation of confidentiality. Accordingly, Synopsys treats this information as confidential and does not publish the EEO-1 Reports anywhere and they are not disseminated to anyone.

9. Synopsys administers the EEO Survey through a secure, electronic system. Synopsys has strict protocols in place governing who can access the information and under what circumstances. Access to the individual employee EEO Survey data is restricted to specific employees within the Human Resources and Legal departments on a need-to-know basis, and is

limited to select employees within functions that manage the systems, manage the integrity of data, and those with a business need that manage reporting and/or programs that require gender or ethnicity data. Other than the limited designated persons, other Synopsys employees and management are not permitted to access the individual employee EEO Survey information. Aggregated EEO Survey data is treated as confidential by all of Synopsys employees and management. Such data is made available internally within the company on a limited basis to Human Resources employees, designated Legal Department employees, senior level management and employees who work on our diversity initiatives. In all instances, the data must be clearly marked and treated as confidential by Synopsys employees and management.

10. Synopsys has only ever provided its EEO-1 Reports to the government pursuant to federal laws and regulations and with the longstanding understanding that this information remains confidential. Synopsys provides the government with its EEO-1 Reports in reliance on the government's assurance of confidentiality. Synopsys is aware of and relies on the instruction booklet concerning the EEO-1 Reports published by the Equal Employment Opportunity Commission. The instruction booklet states:

> All reports and any information from individual reports are subject to the confidentiality provisions of Section 709(e) of Title VII, and may not be made public by the EEOC prior to the institution of any proceeding under Title VII involving the EEO-1 data. Any EEOC employee who violates this prohibition may be found guilty of a criminal misdemeanor and could be fined or imprisoned. The confidentiality requirements allow the EEOC to publish only aggregated data, and only in a manner that does not reveal any particular filer's or any individual employee's personal information.
>
> OFCCP will notify contractors of any Freedom of Information Act (FOIA) requests that are made to obtain any of the data provided on the EEO-1 report, and will protect the confidentiality of EEO-1 data to the maximum extent possible consistent with FOIA and the Trade Secrets Act. However, should OFCCP receive FOIA requests for any EEO-1 data on filers not within its jurisdiction, OFCCP will refer the requests to the EEOC for a response. The confidentiality provision of Section 709(e) of Title VII applies to all EEO-1 data submitted by filers that are not federal contractors, and the EEOC adheres to that statutory provision when reviewing all requests for EEO-1 data.

Synopsys relies on the assurance that the government "will protect the confidentiality of EEO-1 data to the maximum extent possible," both when asking its employees to disclose sensitive information about their identity, and when submitting the data to the government.

11. It is also my understanding that the Office of Federal Contract Compliance Programs

has a practice of notifying EEO-1 submitters of FOIA requests for their data, pursuant to Department of Labor regulation 29 C.F.R. § 70.26, and that this is an acknowledgment that the Department of Labor considers such reports to be confidential commercial information. By informing contractors that that they will be given notice and will have an opportunity to object the release of the EEO-1 reports, OFCCP provides an additional assurance that the information will be treated as confidential and withheld to the extent permissible and appropriate under the law.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of August 2019, at Mountain View, CA

_____
Sarah Lee