DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELLEN LONDON (CABN 325580)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7288
    Facsimile: (415) 436-7169
    E-mail: ellen.london@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendant. | NO. 19 CIV. 01843 (KAW) |

## DECLARATION OF D. LISSETTE GEÁN

I, D. Lissette Geán, declare as follows:

1. I am currently employed as the Acting Chief of Staff/Special Assistant to the Deputy Director with the Office of Federal Contract Compliance Program ("OFCCP") of the United States Department of Labor ("DOL"). I have been employed as the Special Assistant to the Deputy Director since May 2014, and became the Acting Chief of Staff in June 2019.

2.   In my current position, I oversee OFCCP's Freedom of Information Act ("FOIA") Program, including supervising the FOIA Coordinator, processing sensitive FOIA requests, consulting with the Office of the Solicitor, developing and implementing OFCCP-specific FOIA policy and procedures, recommending proactive disclosures, coordinating with regional FOIA liaisons, and evaluating and reporting FOIA program performance.

3.   The purpose of this declaration is to provide the Court with information regarding: (1) DOL's response to the Plaintiffs' FOIA request dated January 4, 2018, (hereinafter "the FOIA request"); and (2) information supporting the information withheld from disclosure pursuant to FOIA Exemptions 4. 5 U.S.C. § 522 (b)(4).

4.   This declaration consists of: (1) a listing of the relevant correspondence related to Plaintiffs' FOIA request; (2) the assurances of confidentiality DOL provides to companies that submit EEO-1 reports (described below); (3) a description of the information withheld; and (4) the justification for the withholding of the information under FOIA.

**EEO-1 Reports**

5.   The EEO-1 report is an annual compliance survey mandated by federal statute and regulations. Federal government prime contractors or first-tier subcontractors subject to Executive Order 11246, as amended, with 50 or more employees and a prime contract or first-tier subcontract amounting to $50,000 or more must submit the EEO-1 report to the JRC, defined below.

6.   The companies use the EEO-1 survey to report the total number of employees categorized by race/ethnicity, gender and job category.

7.   EEO-1 Consolidated (Type 2) reports are used by companies with multiple establishments to report the number of their employees by race/ethnicity, gender and job category across their establishments.

2

8.  Because the Equal Employment Opportunity Commission ("EEOC") also collects this information for companies with 100 or more employees, OFCCP and EEOC formed the Joint Reporting Committee ("JRC") to administer the EEO-1 reporting system.

9.  The JRC web portal is managed by the EEOC who collects the information and shares with OFCCP the reports of companies subject to the OFCCP's jurisdiction.

**Prior FOIA Request by Plaintiffs**

10. Back in August 2017, CIR requested the 2015 and 2016 EEO-1 reports of several companies under FOIA. On behalf of DOL, I notified the companies of the FOIA request for their EEO-1 forms pursuant to the confidential commercial information provisions of 29 C.F.R. § 70.26.

11. Initially, in response to the April 2017 FOIA request, OFCCP withheld EEO-1 reports of companies who objected to their release under FOIA exemption 4.

12. In April 2018, CIR filed a complaint against DOL seeking disclosure of the requested reports. DOL opted to settle the case by releasing the 2015 EEO-1 reports for six (6) companies to avoid the cost of litigation and in light of considerations regarding the FOIA exemption 4 standard at the time. *See The Center for Investigative Reporting and Will Evans v. United States Department of Labor*, 3:18-cv-2008-JCS

**Current FOIA Request**

13. On January 4, 2018, Plaintiffs submitted, via electronic mail, a FOIA request to DOL seeking "[t]he EEO-1 Consolidated Report (Type 2), for 2016" for a list of fifty-five (55) companies. *See* Exhibit 1.

14. On January 17, 2018, on behalf of DOL, I sent Plaintiffs a letter acknowledging their request and assigning the request tracking number 848514. In that letter, I also notified Plaintiffs that when OFCCP receives requests for EEO-1 data:

> [i]n accordance with 29 CFR § 70.26, OFCCP is required to notify submitters that their business information has been requested under the FOIA in order to give them an opportunity to object in writing to disclosure of any specified portion of the requested info1mation. We will send a final response to your request for EEO-1 data after the deadline expires for the submitters to object. Any objections to the release of the requested EEO-1 data will be evaluated by OFCCP on a case-by-case basis. *See* Exhibit 2

15. On March 13, 2018, I informed Plaintiffs, via letter, that OFCCP identified only thirty-six (36) of the named fifty-five (55) companies as federal contractors subject to OFCCP's jurisdiction. *See* Exhibit 3.

16. On March 14, 2018, I notified those thirty-six (36) federal contractors (hereinafter "the submitters") of the Plaintiffs' FOIA request for their EEO-1, Type 2 information pursuant to 29 C.F.R. § 70.26. *See* template at Exhibit 4.

17. The March 14 letters informed the submitters that they had thirty (30) days from receipt of the letter to object and provided, in relevant part, that:

> EEO-1 Reports are filed with the EEO-1 Joint Reporting Committee, which provides EEO-1 data to OFCCP. We believe the requested EEO-1 data may be released; however in accordance with the U.S. Department of Labor FOIA regulations at 29 CFR § 70.26, OFCCP is required to notify submitters of its intent to release business information. We are therefore giving you the opportunity to present objections to the disclosure of the requested EEO-1 data on grounds that specific information contained therein is exempt from mandatory disclosure such as Exemption 4 of the FOIA. Exemption 4 of the FOIA at 5 U.S.C. § 522 (b)(4) protects "...trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential." *See* Exhibit 4.

18. The March 14 letters to the submitters further provided that their written objections must include answers to questions posed in the letter. See Exhibit 4. The questions in the letter related to the FOIA Exemption 4 standard before *Food Marketing Institute v. Argus Leader Media*, 139 S. Ct. 2365 (2019).

19. The March 14, 2018 letter to the submitters also informed submitters that if they failed to provide a written objection within the thirty (30) day period, DOL would release their EEO-1, Type 2 data to the Plaintiffs – FOIA requesters. *See* Exhibit 4.

4

20. On April 18, 2018, I sent a second notice to the submitters who had not objected by then. *See* Exhibit 5

21. The April 18, 2018, letters referenced the March 14, 2018, letters and informed those submitters that if they failed to object by close of business on May 31, 2018, their EEO-1 Type 2 data will be released to the Plaintiffs – FOIA requesters. *See* Exhibit 5.

22. Also on April 18, 2018, I separately informed Plaintiffs that as of the date of that letter, fourteen (14) companies objected to the release of their data on the grounds of FOIA Exemption 4. *See* Exhibit 6.

23. By May 31, 2018, a total of twenty (20) of the thirty-six (36) companies submitted written objections to DOL.

24. Subsequently, on April 18, 2018, and on July 5, 2018, I sent each of the twenty (20) objecting submitters a letter informing them that DOL "concurred with their assertions that their EEO-1 reports were exempt from mandatory disclosure pursuant to Exemption 4 of FOIA." See Exhibit 7. As such, I informed these objectors that DOL will not release their EEO-1 Type 2 data to the Plaintiffs. *See* Exhibit 7.

25. On August 14, 2018, I sent a letter to the Plaintiffs confirming that one of companies in the original FOIA request, Trimble Navigation, was removed from that FOIA request. *See* Exhibit 8.

26. Also on August 14, 2018, I informed plaintiffs that fifteen (15) submitters had not objected to the release of their EEO-1, Type 2 data. *See* Exhibit 8

27. Subsequently, on August 16, 2018, via e-mail, on behalf of OFCCP, I released the EEO-1 Type 2 data for those fifteen (15) submitters who failed to timely object to the release of their EEO-1 data by May 31, 2018. *See* Exhibit 9.

28. On February 22, 2019, I informed Plaintiffs that OFCCP would delay issuing a final response to this FOIA request pending the outcome of the Supreme Court decision in *Food Market Institute v. Argus Leader Media*. *See* Exhibit 10.

29. On March 1, 2019, Plaintiffs submitted an administrative appeal pursuant to 29 C.F.R. § 70. See Exhibit 11.

30. On March 21, 2019, DOL acknowledged receipt of their appeal.

31. On April 9, 2019, plaintiffs filed this action.

32. Subsequent to that filing, additional companies decided to release the information.

**Assurances of Privacy**

33. OFCCP considers all EEO-1 reports, including the Consolidated (Type 2) reports, to contain potentially confidential commercial information subject to the notice requirements under 29 C.F.R. § 70.26.

34. OFCCP, via the JRC, explicitly assures all EEO-1 submitters with federal contracts that their reports will be treated as confidential commercial information to the extent permitted by law.

35. Federal contractors who are required to submit EEO-1 reports are notified of this assurance on the JRC web site. See EEO-1 Joint Reporting Committee, EEO-1, Frequently Asked Questions and Answers, (About the EEO-1 Survey, Question No. 2), available at https://www.eeoc.gov/employers/eeo1survey/faq.cfm; EEO-1 Joint Reporting Committee, EEO-1 Instruction Booklet 1, Page 4, available at https://www.eeoc.gov/employers/eeo1survey/upload/instructions_form.pdf. Specifically, the booklet states "OFCCP will notify contractors of any Freedom of Information Act (FOIA) requests that are made to obtain any of the data provided on the EEO-1 report, and will protect

the confidentiality of EEO-1 data to the maximum extent possible consistent with FOIA and the Trade Secrets Act."

36. It is the practice of OFCCP not to release data where the contractor is still in business, and the contractor indicates, and through the Department of Labor review process, it is determined, that the data is confidential and sensitive and that the release of data would subject the contractor to commercial harm. 41 C.F.R. § 60-1.20(g). That regulation explicitly assures contractors, subject to an OFCCP compliance evaluation, that any information obtained as part of that process is exempt from public disclosure under FOIA. *Id*.

37. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct hereto.

Executed this 23 day of August 2019.

_____

D. Lissette Geán
Acting Chief of Staff / Special Assistant
Office of Federal Contract Compliance
Program
U.S. Department of Labor
200 Constitution Avenue, NW
Washington DC 20210

# EXHIBIT  1

**Karamoko, Arginia - SOL**

| | |
|---|---|
| **From:** | Will Evans <wevans@revealnews.org> |
| **Sent:** | Thursday, January 04, 2018 3:57 PM |
| **To:** | FOIARequests |
| **Subject:** | FOIA Request - OFCCP |

Dear FOIA Officer,

Under the Freedom of Information Act, I am requesting a copy of the following records from OFCCP:

**- The EEO-1 Consolidated Report (Type 2), for 2016, for the following companies:**

**Advanced Micro Devices**
**Agilent Technologies**
**Align Technology**
**Applied Materials**
**Arista Networks**
**Bloom Energy**
**Box Inc.**
**Cadence Design Systems**
**Cloudflare**
**Docusign**
**Dropbox**
**Equinix**
**Eventbrite**
**Fair Isaac**
**Fitbit**
**Gilead Sciences**
**Github**
**Intuitive Surgical**
**Juniper Networks**
**KLA-Tencor**
**Lam Research Corporation**
**Linear Technology**
**Maxim Integrated Products**
**Netflix**
**Oracle**
**Palantir**
**Palo Alto Networks**
**Pandora Media**
**PayPal**
**Penumbra**
**RingCentral**
**ServiceNow**
**ShoreTel**

**Slack Technologies**

**SolarCity**

**Splunk Inc**

**Stripe Inc.**

**Sunpower**

**SurveyMonkey**

**Symantec**

**Synnex**

**Synopsys**

**Tesla**

**TiVo**

**Trimble Navigation**

**Twilio**

**Varian Medical Systems**

**Verifone**

**VMware**

**WageWorks**

**Workday**

**Xilinx**

**Yahoo Inc.**

**Yelp**

**Zendesk**

**Please note, as discussed with OFCCP's FOIA officer, this request should not be consolidated with previous requests.**

**Also, please provide interim responses and release records on a rolling basis.**

I am a representative of the news media as a reporter with Reveal from The Center for Investigative Reporting, a non-profit investigative journalism organization. This request is made as part of news gathering and not for a commercial use. I respectfully ask that you waive fees related to this request. Please notify me of any charges before fulfilling this request.

Please contact me with any questions at 510-809-2209 or wevans@revealnews.org

Thank you for your attention to this request.

Sincerely,
Will Evans
Reveal / The Center for Investigative Reporting
1400 65th, Suite 200
Emeryville, CA 94608

--
Will Evans
reporter
o: 510-809-2209



www.revealnews.org

# EXHIBIT 2

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



JAN 17 2018

Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA) request submitted to the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please refer to the above-referenced FOIA tracking number in any future correspondence regarding your FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for fifty-four companies. When a request for EEO-1 data is made, it is the practice of OFCCP that the FOIA requesters specify the exact address of the company requested and the scope of the data requested. Please submit to us the exact addresses of the companies listed in Attachment A. If we do not hear from you within thirty (30) days of this letter, we will administratively close this FOIA. Please note, that in some of your past, more specific requests, we have waived this requirement. Given the size of this request, we will need the addresses.

In accordance with 29 CFR § 70.26, OFCCP is required to notify submitters that their business information has been requested under the FOIA in order to give them an opportunity to object in writing to disclosure of any specified portion of the requested information. We will send a final response to your request for EEO-1 data after the deadline expires for the submitters to object. Any objections to the release of the requested EEO-1 data will be evaluated by OFCCP on a case-by-case basis.

We consider you to be a "news media" type of requestor. As a "news media" requestor, you are charged for photocopying after the first 100 pages in accordance with the U.S. Department of Labor FOIA regulations at 29 CFR § 70.40(c)(4).

We believe we are being responsive to your FOIA request. Should you have questions regarding your request, please contact this office at (202) 693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-5427. Alternatively, you may contact the Office of Government Information Services within the National Archives and Records Administration (OGIS) to inquire the mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Using the tracking number above, you may query the status of your request online at http://www.dol.gov/foia.

Sincerely,

D. Lissette Geán
Special Assistant

Attachment A

Advanced Micro Devices
Agilent Technologies
Align Technology
Applied Materials
Arista Networks
Bloom Energy
Box Inc.
Cadence Design Systems
Cloudflare
Docusign
Dropbox
Equinix
Eventbrite
Fair Isaac
Fitbit
Gilead Sciences
Github
Intuitive Surgical
Juniper Networks
KLA-Tencor
Lam Research Corporation
Linear Technology
Maxim Integrated Products
Netflix
Oracle
Palantir
Palo Alto Networks
Pandora Media
PayPal
Penumbra
RingCentral
ServiceNow
ShoreTel
Slack Technologies
SolarCity
Splunk Inc
Stripe Inc.
Sunpower
SurveyMonkey
Symantec
Synnex
Synopsys
Tesla
TiVo
Trimble Navigation

Twilio
Varian Medical Systems
Verifone
VMware
WageWorks
Workday
Xilinx
Yahoo Inc.
Yelp
Zendesk

# EXHIBIT 3

**U.S. Department of Labor**
Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



MAR 1 3 2018

Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is a first response to your Freedom of Information Act (FOIA) request submitted to the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please refer to the above-referenced FOIA tracking number in any future correspondence regarding your FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for fifty-five companies. We are including the interim results in Attachment A.

We consider you to be a "news media" type of requestor. As a "news media" requestor, we charge you for photocopying after the first 100 pages in accordance with the U.S. Department of Labor FOIA regulations at 29 CFR § 70.40(c)(4). We believe we are being responsive to your FOIA request. Should you have questions regarding your request, please contact this office at (202) 693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-5427. Alternatively, you may contact the Office of Government Information Services within the National Archives and Records Administration (OGIS) to inquire about the mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial

request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant


Attachment

Attachment A

| Companies not identified as federal contractors (19) | Companies to be discussed in a later response (36) |
|---|---|
| Align Technology | Advanced Micro Devices |
| Arista Networks | Agilent Technologies |
| Cloudflare | Applied Materials |
| Dropbox | Bloom Energy |
| Eventbrite | Box Inc. |
| Github | Cadence Design Systems |
| Lam Research Corporation | Docusign |
| Linear Technology | Equinix |
| Netflix | Fair Isaac |
| RingCentral | Fitbit |
| ShoreTel | Gilead Sciences |
| Stripe Inc. | Intuitive Surgical |
| SurveyMonkey | Juniper Networks |
| Symantec | KLA-Tencor |
| Tesla | Maxim Integrated Products |
| TiVo | Oracle Corporation |
| Twilio | Palantir Technologies Inc. |
| Workday | Palo Alto Networks |
| Yelp | Pandora Media |
| | PayPal, Inc. |
| | Penumbra |
| | ServiceNow |
| | Slack Technologies |
| | SolarCity |
| | Splunk Inc. |
| | Sunpower |
| | Synnex |
| | Synopsys |
| | Trimble Navigation |
| | Varian Medical Systems |
| | Verifone |
| | VMware |
| | WageWorks |
| | Xilinx |
| | Yahoo Inc. |
| | Zendesk |

# EXHIBIT 4

[Click **here** and type name]
[Click **here** and type recipient's title]
[Click **here** and type company name]
[Click **here** and type company's address]
[Click **here** and type company's city, state, and zip code]

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear [Click **here** and type name]:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting, seeking the EEO-1 Consolidated Report (Type 2) submitted by your company for the year 2016. Please refer to the above-referenced tracking number in any future correspondence regarding this request.

EEO-1 Reports are filed with the EEO-1 Joint Reporting Committee, which provides EEO-1 data to OFCCP. We believe the requested EEO-1 data may be released; however, in accordance with the U.S. Department of Labor FOIA regulations at 29 CFR § 70.26, OFCCP is required to notify submitters of its intent to release business information. We are therefore giving you the opportunity to present objections to the disclosure of the requested EEO-1 data on grounds that specific information contained therein is exempt from mandatory disclosure such as Exemption 4 of the FOIA. Exemption 4 of the FOIA at 5 U.S.C. § 522 (b)(4) protects "...trade secrets and commercial or financial information obtained from  a person [that is] privileged or confidential."

If you do not have a copy of the reports you submitted, please contact us and we can send you a link to download the data from a secure server; or we can email you the file in an encrypted format.

Written objections must be received by OFCCP within thirty (30) of the date of your receipt of this letter. OFCCP will evaluate your objections and provide written notification of our final

CONCURRENCES:

| Initials | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Last Name** | Travis | Andersen | Gean | | | | |
| **Date** | | | | | | | |
| **Office Symbol** | OFCCP/FO | OFCCP/FOIA | OFCCP/FO | | | | |

OFFICIAL FILE COPY

decision regarding the disclosure of your EEO-1 data. When writing your objection letter, it is extremely important that you be as specific as possible when explaining why you believe disclosure of the EEO-1 data would be competitively harmful. Any arguments against disclosure should cover, at a minimum, the following points:

1. What specific information do you consider to be a trade secret or commercial information?

2. How would disclosure of this information be valuable to your competitors? (Indicate the nature of the harm to your competitive position that would likely result from disclosure of this information.)

3. To what extent is this information known to the public or your competitors in products, articles, patents, or other means? If it is known, why would release of the information nevertheless be competitively harmful?

4. What steps have been taken to protect the confidentiality of the data contained in your EEO-1 Reports?

Should you choose to submit objections you may fax them to (202) 693-1305, by email at OFCCP_NO_FOIA@dol.gov, or mail them to the following address:

FOIA Coordinator
Office of Federal Contract Compliance Programs
U.S. Department of Labor
200 Constitution Avenue, NW, Room C3325
Washington, DC 20210

If you do not respond within thirty (30) of the date of your receipt of this letter, we will release the enclosed EEO-1 data to the FOIA requester. Should you have questions regarding the status of your request, please contact this office at (202) 693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,


D. Lissette Geán
Special Assistant

Tests Used in Testing Cases Completed Before 9/1/2016

| Contractor | Title | First Name | Last Name | Title | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Fitbit | Mr. | Andy | Missan | Executive Vice President and General Counsel | 405 Howard St, | San Francisco | CA | 94105 |
| Gilead Sciences | Mr. | Brett A. | Pletcher | General Counsel | 333 Lakeside Dr, | Foster City | CA | 94404 |
| Oracle Corporation | Ms. | Dorian | Daley | Vice President, General Counsel and Secretary | 500 Oracle Parkway | Redwood City | CA | 94065 |
| Palantir Technologies Inc. | Mr. | Matt | Long | Legal Ninja & General Counsel | 100 Hamilton Avenue, Suite 300 | Palo Alto | CA | 94301 |
| Pandora Media | Mr. | Steve | Bene | General Counsel | 2101 Webster St Suite 1650 | Oakland | CA | 94612 |
| PayPal, Inc. | Ms. | Wanji | Walcott | Senior Vice President, General Counsel | 2211 North First Street | San Jose | CA | 95131 |
| Slack Technologies | Mr. | Gabriel | Stern | Director of Legal at Slack | 155 5th Street 6th Floor | San Francisco | CA | 94103 |
| Splunk Inc. | Mr. | Leonard | Stein | Senior Vice President, Corporate Affairs and Chief Legal ( | 270 Brannan Street | San Francisco, CA 94107 | CA | 94107 |
| Synnex | Mr. | Simon | Leung | General Counsel and Corporate Secretary | 3900 Stonecroft Blvd # M, | Chantilly | VA | 20151 |
| VMware | Ms. | Amy | Fliegelman Olli | General Counsel | 3401 Hillview Avenue - Building A | Palo Alto | CA | 94304 |
| Advanced Micro Devices | Mr. | Harry A. | Wolin | General Counsel | One AMD Place | Sunnyvale | CA | 94089 |
| Agilent Technologies | Mr. | Michael | Tang | Senior Vice President, General Counsel and Secretary | 5301 Stevens Creek Boulevard | Santa Clara | CA | 95051 |
| Applied Materials | Mr. | THOMAS | F. LARKINS | Senior Vice President, General Counsel and Corporate Secretary | 3050 Bowers Avenue | Santa Clara | CA | 95054 |
| Bloom Energy | Mr. | Shawn | Soderberg | Executive Vice President, General Counsel and Secretary | 1299 Orleans Drive | Sunnyvale | CA | 94089 |
| Box Inc. | Mr. | Peter | McGoff | Senior Vice President, General Counsel & Corporate Secretary | 900 Jefferson Avenue | Redwood City | CA | 94063 |
| Cadence Design Systems | Mr. | Jim | Cowie | SENIOR VICE PRESIDENT, GENERAL COUNSEL AND SECRETARY | 2655 Seely Avenue, Building 5 | San Jose | CA | 95134 |
| Docusign | Mr. | Reggie | Davis | General Counsel & Chief Legal Officer | 221 Main Street, Suite 1000 | San Francisco | CA | 94105 |
| Equinix | Ms. | Brandi | Galvin Morandi | Chief Legal Officer, General Counsel & Secretary | One Lagoon Drive | Redwood City | CA | 94065 |
| Fair Isaac | Mr. | Mark | Scadina | Executive Vice President, General Counsel and Corporate Secretary | 181 Metro Drive, Suite 700 | San Jose | CA | 95134 |
| Intuitive Surgical | Mr. | Mark | Meltzer | Senior Vice President, General Counsel and Chief Compliance Officer. | 1020 Kifer Road | Sunnyvale | CA | 94086 |
| Juniper Networks | Mr. | Brian | Martin | Senior vice president, general counsel and corporate secretary | 1133 Innovation Way | Sunnyvale | CA | 94089 |
| KLA-Tencor | Mr. | Brian | Martin | Senior Vice President, General Counsel and Corporate Secretary | One Technology Drive | Milpitas | CA | 95035 |
| Maxim Integrated Products | Mr. | Edwin | Medlin | Senior Vice President, General Counsel, and Chief Compliance Officer | 160 Rio Robles | San Jose | CA | 95134 |
| Palo Alto Networks | Mr. | Jeff | TRUE | Senior vice president, general counsel and secretary | 3000 Tannery Way | Santa Clara | CA | 95054 |
| Penumbra | Mr. | Robert | Evans | Executive Vice President, General Counsel and Secretary | One Penumbra Place | Alameda | CA | 94502 |
| ServiceNow | Mr. | Robert | Specker | General Counsel and Secretary | 2225 Lawson Lane | Santa Clara | CA | 95054 |
| SolarCity | Mr. | Seth | Weissman | General Counsel and Secretary | 3055 Clearview Way | San Mateo | CA | 94402 |
| Sunpower | Mr. | Ken | Mahaffey | Executive Vice President and General Counsel | 77 Rio Robles | San Jose | CA | 95134 |
| Synopsys | Mr. | Rick | Runkel | General Counsel | 690 East Middlefield Road | Mountain View | CA | 94043 |
| Trimble Navigation | Mr. | James | Kirkland | Senior Vice President and General Counsel | 935 Stewart Drive | Sunnyvale | CA | 94085 |
| Varian Medical Systems | Mr. | John | Kuo | Corporate Vice President, General Counsel and Secretary | 3100 Hansen Way | Palo Alto | CA | 94304 |
| Verifone | Mr. | Albert | Liu | Senior Vice President and General Counsel | 88 West Plumeria Drive | San Jose | CA | 95134 |
| WageWorks | Ms. | Kim | Wilford | Senior Vice President, General Counsel & Corporate Secretary | 1100 Park Place, 4th Floor | San Mateo | CA | 94403 |
| Xilinx | Mr. | Scott | Hover-Smoot | Senior Vice President, General Counsel and Secretary | 2100 Logic Drive | San Jose | CA | 95124 |
| Yahoo Inc. | Mr. | Arthur | Chong | General Counsel | 701 First Avenue | Sunnyvale | CA | 94089 |
| Zendesk | Mr. | John | Geschke | General Counsel | 1019 Market Street | San Francisco | CA | 94103 |

# EXHIBIT 5

**U.S. Department of Labor**      Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018

Mr. Harry A. Wolin
General Counsel
Advanced Micro Devices
One AMD Place
Sunnyvale, CA 94089

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Wolin:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting, seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your company a letter giving you 30 days from the receipt of the letter to object to the release of the EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202) 693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018

Mr. Shawn Soderberg
Executive Vice President, General Counsel, and Secretary
Bloom Energy
1299 Orleans Drive
Sunnyvale, CA 94089

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Soderberg:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**   Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018


Mr. Jim Cowie
Senior Vice President, General Counsel, and Secretary
Cadence Design Systems
2655 Seely Avenue, Building 5
San Jose, CA 95134

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Cowie:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**

Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Ms. Brandi  Galvin Morandi
Chief Legal Officer, General Counsel, & Secretary
Equinix
One Lagoon Drive
Redwood City, CA 94065

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Ms. Galvin Morandi:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Mark  Scadina
Executive Vice President, General Counsel and Corporate Secretary
Fair Isaac
181 Metro Drive, Suite 700
San Jose, CA 95134

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. ˙Scadina:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Brett A. Pletcher
General Counsel
Gilead Sciences
333 Lakeside Dr,
Foster City, CA 94404

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Pletcher:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**       Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Mark  Meltzer
Senior Vice President, General Counsel, and Chief Compliance Officer.
Intuitive Surgical
1020 Kifer Road
Sunnyvale, CA 94086

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Meltzer:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**

Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018

Ms. Teri Little
Senior Vice President, General Counsel, and Corporate Secretary
KLA-Tencor
One Technology Drive
Milpitas, CA 95035

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Ms. Little:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**    Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018

Ms. Wanji Walcott
Senior Vice President and General Counsel
PayPal, Inc.
2211 North First Street
San Jose, CA 95131

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Ms. Walcott:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**       Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018

Mr. Robert Evans
Executive Vice President, General Counsel, and Secretary
Penumbra
One Penumbra Place
Alameda, CA 94502

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Evans:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Robert Specker
General Counsel and Secretary
ServiceNow
2225 Lawson Lane
Santa Clara, CA 95054

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Specker:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Seth  Weissman
General Counsel and Secretary
SolarCity
3055 Clearview Way
San Mateo, CA 94402

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Weissman:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**

Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018

Mr. Simon Leung
General Counsel and Corporate Secretary
Synnex
3900 Stonecroft Blvd # M,
Chantilly, VA 20151

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Leung:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**      Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018


Mr. James   Kirkland
Senior Vice President General Counsel
Trimble Navigation
935 Stewart Drive
Sunnyvale, CA 94085

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr.  Kirkland:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**         Office of Federal Contract
                                     Compliance Programs
                                     200 Constitution Avenue, N.W.
                                     Washington, D.C. 20210



APR 1 8 2018


Mr. John  Kuo
Corporate Vice President, General Counsel, and Secretary
Varian Medical Systems
3100 Hansen Way
Palo Alto, CA 94304

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr.  Kuo:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**       Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018

Ms. Amy  Fliegelman Olli
General Counsel
VMware
3401 Hillview Avenue - Building A
Palo Alto, CA 94304

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Ms. Fliegelman Olli:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**        Office of Federal Contract
                                    Compliance Programs
                                    200 Constitution Avenue, N.W.
                                    Washington, D.C. 20210



APR 1 8 2018

Ms. Kim  Wilford
Senior Vice President, General Counsel, and Corporate Secretary
WageWorks
1100 Park Place, 4th Floor
San Mateo, CA 94403

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Ms. Wilford:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**       Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018

Mr. Arthur Chong
General Counsel
Yahoo Inc.
701 First Avenue
Sunnyvale, CA 94089

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Chong:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018

Mr. Gabriel  Stern
Director of Legal
Slack Technologies
155 5th Street 6th Floor
San Francisco, CA 94103

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr.  Stern:

The Office of Federal Contract Compliance Programs (OFCCP) received a Freedom of
Information Act (FOIA) request from Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 Reports submitted by your company. On March 12, 2018, this office sent your
company a letter giving you 30 days from the receipt of the letter to object to the release of the
EEO-1 data per 29 CFR § 70.26.

To date, no response has been received from your office. Given the delay in your office's
response, OFCCP intends to release the data by COB May 31, 2018, unless we receive an
objection from your office.

Should you have questions regarding the status of your request, please contact this office at (202)
693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

# EXHIBIT 6

**U.S. Department of Labor**          Office of Federal Contract
                                      Compliance Programs
                                       200 Constitution Avenue, N.W.
                                      Washington, D.C. 20210



APR 18 2018

Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is a second response to your Freedom of Information Act (FOIA) request submitted to
the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please refer
to the above-referenced FOIA tracking number in any future correspondence regarding your
FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for 55
companies. The results so far are found in Attachment A.

We consider you to be a "news media" type of requestor. As a "news media" requestor, we
charge you for photocopying after the first 100 pages in accordance with the U.S. Department of
Labor FOIA regulations at 29 CFR § 70.40(c)(4).

We believe we are being responsive to your FOIA request. Should you have questions regarding
your request, please contact this office at (202) 693-0101 or by email at
OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do
not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-
5427. Alternatively, you may contact the Office of Government Information Services within the
National Archives and Records Administration (OGIS) to inquire about the mediation services
they offer. The contact information for OGIS is as follows: Office of Government Information
Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD
20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-
5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant


Attachment

Attachment A

| Companies not identified as federal contractors (19) | Companies that objected to the release of their data on the grounds of FOIA Exemption 4 (14) | Companies to be discussed in a later response (22) |
|---|---|---|
| Align Technology | Agilent Technologies | Advanced Micro Devices |
| Arista Networks | Applied Materials | Bloom Energy |
| Cloudflare | Docusign | Box Inc. |
| Dropbox | Fitbit | Cadence Design Systems |
| Eventbrite | Juniper Networks | Equinix |
| Github | Maxim Integrated Products | Fair Isaac |
| Lam Research Corporation | Oracle Corporation | Gilead Sciences |
| Linear Technology | Palantir Technologies Inc. | Intuitive Surgical |
| Netflix | Pandora Media | KLA-Tencor |
| RingCentral | Splunk Inc. | Palo Alto Networks |
| ShoreTel | Synopsys | PayPal, Inc. |
| Stripe Inc. | Verifone | Penumbra |
| SurveyMonkey | Xilinx | ServiceNow |
| Symantec | Zendesk | Slack Technologies |
| Tesla | | SolarCity |
| TiVo | | Sunpower |
| Twilio | | Synnex |
| Workday | | Trimble Navigation |
| Yelp | | Varian Medical Systems |
| | | VMware |
| | | WageWorks |
| | | Yahoo Inc. |

# EXHIBIT 7

**U.S. Department of Labor**        Office of Federal Contract
                                    Compliance Programs
                                     200 Constitution Avenue, N.W.
                                    Washington, D.C. 20210



APR 18 2018


Mr. Michael Tang
Senior Vice President, General Counsel and Secretary
Agilent Technologies
5301 Stevens Creek Boulevard
Santa Clara, CA 95051

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Tang:

This letter is in response to your 04/11/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**

Office of Federal Contract
Compliance Programs
 200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Thomas Larkins
Senior Vice President, General  Counsel and Corporate Secretary
Applied Materials
3050 Bowers Avenue
Santa Clara, CA 95054

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Larkins:

This letter is in response to your 04/09/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**
Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Reggie Davis
General Counsel & Chief Legal Officer
Docusign
221 Main Street, Suite 1000
San Francisco, CA 94105

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Davis:

This letter is in response to your 04/10/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**      Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Andy Missan
Executive Vice President and General Counsel
Fitbit
405 Howard St,
San Francisco, CA 94105

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Missan:

This letter is in response to your 04/13/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**    Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Brian Martin
Senior vice president, general counsel and corporate secretary
Juniper Networks
1133 Innovation Way
Sunnyvale, CA 94089

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Martin:

This letter is in response to your 04/06/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Edwin Medlin
Senior Vice President, General Counsel, and Chief Compliance Officer
Maxim Integrated Products
160 Rio Robles
San Jose, CA 95134

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Medlin:

This letter is in response to your 04/05/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**

Office of Federal Contract
Compliance Programs
 200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Ms. Dorian Daley
Vice President, General Counsel and Secretary
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Ms. Daley:

This letter is in response to your 04/09/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**        Office of Federal Contract
                                     Compliance Programs
                                      200 Constitution Avenue, N.W.
                                     Washington, D.C. 20210



APR 18 2018


Mr. Matt Long
Legal Ninja & General Counsel
Palantir Technologies Inc.
100 Hamilton Avenue, Suite 300
Palo Alto, CA 94301

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Long:

This letter is in response to your 03/26/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**      Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018


Mr. Steve Bene
General Counsel
Pandora Media
2101 Webster St Suite 1650
Oakland, CA 94612

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Bene:

This letter is in response to your 04/16/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**

Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Mr. Leonard Stein
Senior Vice President, Corporate Affairs and Chief Legal Officer
Splunk Inc.
270 Brannan Street
San Francisco, CA 94107, CA 94107

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Stein:

This letter is in response to your 04/15/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 1 8 2018

Mr. Rick Runkel
General Counsel
Synopsys
690 East Middlefield Road
Mountain View, CA 94043

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Runkel:

This letter is in response to your 04/11/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**        Office of Federal Contract
                                    Compliance Programs
                                     200 Constitution Avenue, N.W.
                                    Washington, D.C. 20210



APR 18 2018

Mr. Albert Liu
Senior Vice President and General Counsel
Verifone
88 West Plumeria Drive
San Jose, CA 95134

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Liu:

This letter is in response to your 03/26/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**       Office of Federal Contract
                                   Compliance Programs
                                    200 Constitution Avenue, N.W.
                                   Washington, D.C. 20210



APR 18 2018


Mr. Scott Hover-Smoot
Senior Vice President, General Counsel and Secretary
Xilinx
2100 Logic Drive
San Jose, CA 95124

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Hover-Smoot:

This letter is in response to your 04/10/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018


Mr. John Geschke
General Counsel
Zendesk
1019 Market Street
San Francisco, CA 94103

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Geschke:

This letter is in response to your 04/11/2018, objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.


Sincerely,

D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
                                 Compliance Programs
                                 200 Constitution Avenue, N.W.
                                 Washington, D.C. 20210



JUL 0 5 2018

Mr. Peter McGoff
Senior Vice President, General Counsel & Corporate Secretary
Box Inc.
900 Jefferson Avenue
Redwood City, CA 94063

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. McGoff:

This letter is in response to your April 30, 2018 objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

for D. Lissette Geán
Special Assistant

**U.S. Department of Labor**          Office of Federal Contract
                                      Compliance Programs
                                      200 Constitution Avenue, N.W.
                                      Washington, D.C. 20210



JUL 0 5 2018

Ms. Brandi  Galvin Morandi
Chief Legal Officer, General Counsel & Secretary
Equinix
One Lagoon Drive
Redwood City, CA 94065

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Ms. Galvin Morandi:

This letter is in response to your April 18, 2018 objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

for D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



JUL 0 5 2018

Mr. Brett Pletcher
General Counsel
Gilead Sciences
333 Lakeside Dr,
Foster City, CA 94404

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Pletcher:

This letter is in response to your April 18, 2018 objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

for D. Lissette Geán
Special Assistant

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



JUL 0 5 2018

Mr. Mark  Meltzer
Senior Vice President, General Counsel and Chief Compliance Officer
Intuitive Surgical
1020 Kifer Road
Sunnyvale, CA 94086

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr. Meltzer:

This letter is in response to your May 7, 2018 objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

for D. Lissette Geán
Special Assistant

**U.S. Department of Labor**

Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



JUL 0 5 2018

Ms. Teri Little
Senior Vice President, General Counsel and Corporate Secretary
KLA-Tencor
One Technology Drive
Milpitas, CA 95035

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Ms. Little:

This letter is in response to your May 30, 2018 objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

for D. Lissette Geán
Special Assistant

**U.S. Department of Labor**

Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



JUL 0 5 2018

Mr. Ken  Mahaffey
Executive Vice President and General Counsel
Sunpower
77 Rio Robles
San Jose, CA 95134

RE: Business Information Submitter Notification – FOIA Request Tracking No. 848514

Dear Mr.  Mahaffey:

This letter is in response to your May 29, 2018 objection letter related to the Freedom of
Information Act (FOIA) request of Mr. Will Evans of The Center for Investigative Reporting,
seeking EEO-1 reports submitted by your company. We considered your objections and concur
with your assertion that the EEO-1 reports of your company are exempt from mandatory
disclosure pursuant to Exemption 4 of the FOIA [5 U.S.C. § 522 (b)(4)]. Therefore, the data will
not be released.

Should you have questions regarding this request, please contact this office at (202) 693-0101 or
by email at OFCCP_NO_FOIA@dol.gov.

Sincerely,

for D. Lissette Geán
Special Assistant

# EXHIBIT 8

**U.S. Department of Labor**

AUG 1 4 2018

Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is a third response to your Freedom of Information Act (FOIA) request submitted to
the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please refer
to the above-referenced FOIA tracking number in any future correspondence regarding your
FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for 55
companies. Attachment A reflects our results so far. We will email all files released under this
FOIA.

We believe we have been responsive to your FOIA request. Should you have questions regarding
your request, please contact this office at (202) 693-0101 or by email at
OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do
not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-
5427. Alternatively, you may contact the Office of Government Information Services within the
National Archives and Records Administration (OGIS) to inquire about the mediation services
they offer. The contact information for OGIS is as follows: Office of Government Information
Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD
20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-
5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by
writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state
in writing the grounds for the appeal, and it may include any supporting statements or arguments,
but such statements are not required. In order to facilitate processing of the appeal, please
include your mailing address and daytime telephone number, as well as a copy of the initial
request and copy of this letter. The envelope and letter of the appeal should be clearly marked

"Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant

Attachments

Attachment A

| Companies not identified as federal contractors (19) | Companies that did not object to the release of their data (15) | Companies to be discussed in a later response (20) |
| --- | --- | --- |
| Align Technology | Advanced Micro Devices | Agilent Technologies |
| Arista Networks | Bloom Energy | Applied Materials |
| Cloudflare | Cadence Design Systems | Box Inc. |
| Dropbox | Fair Isaac | Docusign |
| Eventbrite | Palo Alto Networks | Equinix |
| Github | PayPal, Inc.[1] | Gilead Sciences |
| Lam Research Corporation | Penumbra | Fitbit |
| Linear Technology | ServiceNow | Intuitive Surgical |
| Netflix | Slack Technologies | Juniper Networks |
| RingCentral | SolarCity | KLA-Tencor |
| ShoreTel | Synnex | Maxim Integrated Products |
| Stripe Inc. | Varian Medical Systems | Oracle Corporation |
| SurveyMonkey | VMware | Palantir Technologies Inc. |
| Symantec | WageWorks | Pandora Media |
| Tesla | Yahoo Inc. | Splunk Inc. |
| TiVo | | Sunpower |
| Twilio | | Synopsys |
| Workday | | Verifone |
| Yelp | | Xilinx |
| | | Zendesk |

| Companies removed from request (1) |
| --- |
| Trimble Navigation |

---

[1] PayPal has released this information publicly on their website.

# EXHIBIT 9

**From:**         OFCCP NO FOIA
**To:**           Will Evans (wevans@revealnews.org)
**Subject:**      RE: FOIA Evans 848514 third response
**Date:**         Thursday, August 16, 2018 10:30:00 AM
**Attachments:**  Advanced Micro Devices Inc FY2016.xlsx
                  Bloom Energy FY2016.xlsx
                  Cadence Design Systems FY2016.xlsx
                  Fair Isaac FY2016.xls
                  Palo Alto Networks FY2016.xlsx
                  PayPal FY2016.xlsx
                  Penumbra FY2016.xlsx
                  ServiceNow FY2016.xlsx
                  Slack Technologies FY2016.xlsx
                  SolarCity FY2016.xlsx
                  Synnex FY2016.xlsx
                  Varian Medical Systems FY2016.xlsx
                  VMware FY2016.xlsx
                  WageWorks FY2016.xlsx
                  Yahoo Inc. FY2016.xlsx
                  FOIA Evans 848514 third response.pdf

# EXHIBIT 10

**U.S. Department of Labor**      Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



FEB ⊂ 2 2019

Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is an interim response to your Freedom of Information Act (FOIA) request submitted
to the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please
refer to the above-referenced FOIA tracking number in any future correspondence regarding
your FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for 55
companies. With our response of August 14, 2018, we emailed files on fifteen companies
released under this FOIA.

While processing your request, on January 11, 2019, the Supreme Court granted a writ of
certiorari in *Food Marketing Institute v. Argus Leader Media*, 889 F.3d 914 (8th Cir. 2018), *cert.
granted*, 2019 WL 166877 (U.S. Jan. 11, 2019) (No. 18-841).  The questions presented in *Argus
Leader* include the appropriate definition of "confidential" in the Freedom of Information Act's
Exemption 4, and in the alternative whether the "substantial competitive harm" test recognized
by some circuit courts under Exemption 4 will be retained or altered.  Given that the Court's
answer to those questions may affect how OFCCP would address the request at issue, we are
delaying a final determination regarding disclosure until we have the benefit of the Court's
decision in *Argus Leader*.

We consider you to be a "news media" type of requestor. As a "news media" requestor, we
charge you for photocopying after the first 100 pages in accordance with the U.S. Department of
Labor FOIA regulations at 29 CFR § 70.40(c)(4).

Should you have questions regarding your request, please contact this office at (202) 693-0101
or by email at OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do
not hesitate to contact the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-5427.
Alternatively, you may contact the Office of Government Information Services within the
National Archives and Records Administration (OGIS) to inquire about the mediation services

they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant

# EXHIBIT 11



Solicitor of Labor
Division of Management and Administrative Legal Services
U.S. Department of Labor
200 Constitution Avenue, NW Room N2420
Washington, DC 20210


March 1, 2019

VIA U.S. MAIL AND ELECTRONIC DELIVERY

**Re: Freedom of Information Act Appeal FOIA No. 848514**


To Whom It May Concern:

The Center for Investigative Reporting ("CIR") hereby writes to appeal on behalf of the requester, Mr. Will Evans pursuant to the Freedom of Information Act, 5 U.S.C. § 552 from the denial sent by the Department of Labor's Office of Federal Contract Compliance Programs ("OFCCP") on February 22, 2019, involving disclosure of federal contractor employment diversity reports.

**I.     Factual Background**

The OFCCP collects from federal contractors Employer Information ("EEO-1") forms, a survey conducted annually under the authority of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et. seq.*, as amended. *See* EEOC, *EEO-1 Instruction Booklet* (2018), *available at* http://bit.ly/2ySvqzB. According to Title VII, all employers in the United States with 15 or more employees are required to keep employment records and certain large employers are required to annually file an EEO-1 report based on those records. *Id.*

EEO-1 reports are permitted to be disclosed and not confidential. While the Equal Employment Opportunity Commission ("EEOC") is prohibited from disclosing EEO-1 reports under Title VII of the Civil Rights Act of 1964, this restriction does not apply to OFCCP and its employees. EEOC, *EEO-1 Instruction Booklet*, *supra*. Moreover, "[t]he confidentiality provision of…Title VII" does not apply to federal government contractors. *Id.* And as the EEOC suggests on its website, these records may be made public. It writes, "[m]any years ago, the courts ruled that the prohibition

against disclosure in Title VII does not apply to federal government prime contractors or first-tier subcontractors." EEOC, *EEO-1 Frequently Asked Questions* (2018), *available at* https://www.eeoc.gov/employers/eeo1survey/faq.cfm.

Agency practice supports this understanding. Most recently, the agency released EEO-1s after CIR filed a lawsuit last year. *See CIR v. DOL*, (OFCCP), No. 3:18-cv-1008-JCS (N.D. Cal. 2018). The government now denies a subsequent request filed over a year ago – for nearly identical records – by claiming that it must wait for the Supreme Court to decide a case involving Exemption 4. Given the records do not contain any commercial, financial, or confidential information, the agency's further delay appears to be an effort to stymy transparency and government accountability.

## II.    Procedural History

On January 4, 2018, Mr. Evans submitted a FOIA request to OFCCP, (hereinafter "the Request"). A true and correct copy of the Request is attached as Exhibit A. The Request sought 2016 EEO-1 Consolidated Reports (Type 2) for 55 companies (some of which disclosed their 2015 reports). On January 9, 2018 the agency acknowledged the request. A true and correct copy of that email is attached as Exhibit B. On March 13, 2018, April 18, 2018, and August 14, 2018, the agency sent interim responses. A true and correct copy of those responses is attached as Exhibit C. The agency provided the EEO-1 reports for 15 companies in its August response. *Id.*

For months following its August response, the agency was unresponsive to the Request. Meanwhile, on November 29, 2018, OFCCP released the same EEO-1 documents for a different calendar year to CIR in a separate action filed in federal court. *See CIR v. DOL*, (OFCCP), No. 3:18-cv-1008-JCS (N.D. Cal. 2018). A true and correct copy of that disclosure email is attached as Exhibit D. In January 2019, CIR was able to schedule a phone call as to the Request. On January 15, 2019, agency representatives stated during the phone call that they would be sending a final correspondence *i.e.* a closure letter that was currently in clearance with agency counsel. Agency counsel also represented that the letter would likely be sent out within the next week.

CIR repeatedly followed up, but weeks passed with no response. CIR was finally able to schedule a second call for February 22, 2019 after it represented it would be filing a lawsuit. On February 22, OFCCP represented that it would be putting a stay on the case to await the Supreme Court decision in *Food Marketing Institute v. Argus Leader Media*, 889 F.3d 914 (9th Cir. 2019), *cert granted*, 2019 WL 166877 (U.S. Jan. 11, 2019) (No. 18-841). CIR responded that it did not think a stay was appropriate in this case, as none of the information was commercial, financial, or confidential. CIR expressed that it would likely file suit. OFCCP then issued a letter immediately after the call procedurally requiring CIR to file an administrative appeal (hereinafter "the Denial"). A true and correct copy of that responses is attached as Exhibit E.

The Denial letter states "While processing your request, on January 11, 2019, the Supreme Court granted a writ of certiorari in *Food Marketing Institute v. Argus Leader Media*, 889 F.3d 914 (9th Cir. 2019), *cert granted*, 2019 WL 166877 (U.S. Jan. 11, 2019) (No. 18-841)." *Id.* It continued "The questions presented in *Argus Leader* include the appropriate definition of 'confidential' in the Freedom of Information Act's Exemption 4, and in the alternative whether the 'substantial competitive' harm test…will be retained or altered.'" *Id.* "Given that the Court's answer to those questions may affect how OFCCP would address the request at issue, we are delaying a final determination regarding disclosure until we have the benefit of the Court's decision in *Argus Leader*." The Denial did not explain why Exemption 4 was appropriate or how *Argus Leader* would impact its Exemption 4 analysis. *Id.* It also concluded that Mr. Evans was a news media requester. *Id.*

This letter now appeals from the Denial of the Request. This appeal is timely according to 29 C.F.R. § 70.

## III.    Argument

FOIA's "basic purpose reflect[s] a general philosophy of full agency disclosure unless information is exempted under clearly delineated statutory language." *Dep't of the Air Force v. Rose*, 425 U.S. 352, 360-61 (1976) (internal citations and quotation marks omitted).  Under FOIA Exemption 4, an agency may only withhold information if it proves disclosure would release (1) trade secrets or commercial or financial information that is (2) obtained from a person and (3) is privileged or confidential.  5 U.S.C. § 552(b)(4).  The purpose of this exemption is to "balance the strong public interest in favor of disclosure against the right of private businesses to protect sensitive information." *Nat'l Parks & Conservation Ass'n v. Morton*, 498 F.2d 765, 768–69 (D.C. Cir. 1974).

Here, the OFCCP cannot meet its burden and show that the withheld information is exempt as a trade secret or commercial information – no matter what test is applied. Even if Exemption 4 applies, the strong public interest weighs in favor of disclosure against any possible private business interest. Regardless, the agency's tactics appear capricious at best. The agency's attempt to stay also signals bad faith. Indeed to permit a stay would lead to deleterious confusion as to all public records requests, given that FOIA case law is constantly evolving.

### A.  Withholding is improper under Exemption 4 because the records requested are not trade secrets.

Under Exemption 4, a trade secret is defined as "a secret, commercially valuable plan, formula, process, or device that is used for the making, preparing, compounding, or processing of trade commodities and that can be said to be the end product of either innovation or substantial effort." *Pub. Citizen Health Research Grp. v. Food & Drug*

*Admin.*, 704 F.2d 1280, 1289 (D.C. Cir. 1983); *Citizens Comm'n on Human Rights v. Food & Drug Admin., Eli Lilly & Co.*, No. 92CV5313, 1993 WL 1610471 at \*7 (C.D. Cal. May 10, 1993), *aff'd in part and remanded in part on other grounds*, 45 F.3d 1325 (9th Cir. 1995). This definition of trade secrets applies only if the information is related to "the productive process itself," rather than "collateral matters of business confidentiality such as pricing and sales volume data, sources of supply and customer lists." *Pub. Citizen Health Research Grp.*, 704 F.2d at 1287. That is, there must be "a direct relationship between the information at issue and the productive process." *Id.*[1]

The requested records are not – under any interpretation – trade secrets. Based on the plain definition, EEO-1 reports cannot legitimately be described as revealing a valuable plan, formula, process or device. They merely describe diversity statistics of the company. The numbers in these reports are wholly divorced from the business of the contractors. Just as the health and safety records in *Pub. Citizen Health Research Grp.*, 704 F.2d at 1288 did not constitute trade secrets, "the relationship of the [EEO-1 reports] to the productive process [is] tangential at best." *Id.*

### B. The information is improperly withheld under Exemption 4 because it is not commercial information.

The documents cannot under any circumstance be defined as commercial. Regardless of any change in law, courts provide terms "their ordinary meanings." *Watkins v. U.S. Bureau of Customs & Border Prot.*, 643 F.3d 1189, 1194 (9th Cir. 2011). Thus, commercial can only apply to information that is "of a commercial nature" or "serves a commercial function." *Nat'l Ass'n of Home Builders v. Norton*, 309 F.3d 26, 38 (D.C. Cir. 2002). To define the term any broader, would allow it to swallow all information held by a company, so courts find "commercial or financial" to only apply to information if it directly relates to commerce. *Pub. Citizen*, 704 F.2d at 1280.

For instance, in *Watkins*, the Court found information about unlawful importation of counterfeit goods was "commercial" because it was directly connected to commercial activity. *Watkins*, 643 F.3d at 1194. Similarly, information about revenue, service pricing, and checking accounts has been defined as commercial. *See, e.g., Skybridge Spectrum Found. v. Fed. Commc'ns Comm'n*, No. 10-01496, 2012 WL 336160 at \*12 (D.D.C. 2012); *Merit Energy Co. v. U.S. Dep't of Interior*, 180 F.Supp.2d 1184, 1188 (D. Colo. 2001). In contrast, a court did not find registration numbers posted on aircraft tails to be "commercial," as they could only be used to identify the aircraft and not the business purpose of a particular flight. *Nat'l Bus. Aviation Ass'n, Inc. v. FAA*, 686

---

[1] The limited nature of the definition of "trade secrets" was clarified in *Pub. Citizen Health Research Grp.*, where the United States Court of Appeals for the District of Columbia overturned a decision finding health and safety data from clinical studies constituted trade secrets. *Id.* at 1288. There the court said, "the relationship of the requested information to the productive process [was] tangential at best," and the information was not a "plan, formula, process, or device," it was not a trade secret under Exemption 4. *Id.*

F.Supp.2d 80, 86–7 (D.D.C. 2010).  While the information could be used to gain "insight into the nature of a company's business dealings," the court held this did "not convert the aircraft registration numbers themselves into commercial information." *Id.*

The content of the Request cannot reasonably be described as financial or commercial under any possible definition – now or after the Court's decision in *Argus Leader*.  The diversity statistics in the EEO-1 reports do not deal with the commercial activity of the contractors.  The EEO-1 reports do not deal with the buying and selling of goods.  They do not even deal with the company's own financial information like payment data.  Instead, they merely reveal the demographics of the employees.  To determine otherwise would render such a broad definition of "commercial" that it would be made meaningless.

### C.  The information is improperly withheld under Exemption 4 because it is not confidential.

Information is confidential if disclosure of the information is likely to have either of the following effects: (1) impair the Government's ability to obtain necessary information in the future; or (2) to cause substantial harm to the competitive position of the person from whom the information was obtained.  *GC Micro Corp. v. Defense Logistics Agency*, 33 F.3d 1109, 1112 (9th Cir. 1994). The competitive injury must "be limited to harm flowing from the affirmative use of the proprietary information by competitors." *Pub. Citizen Health Res. Grp.*, 704 F.2d at 1291 n.30 (emphasis in original).  The agency may not simply offer the court "conclusory and generalized allegations" of substantial competitive harm to support its redactions.  *Nat'l Parks & Conservation Ass'n v. Kleppe*, 547 F.2d 673, 681 (D.C. Cir. 1976).  Instead, it must provide "specific factual or evidentiary material to support [its] claim that harm is likely to result." *Id.* at 679.

Here, the government cannot meet its burden to show that the information is confidential under either prong.  First, the disclosure of the information is not likely to impair OFCCP's ability to collect these forms in the future from contractors who decide to work with the government. *See Calderon v. U.S. Dep't of Agriculture*, No. 1:2014-cv-00425, 15-16 (D.D.C. 2017) ("When entities apply to [the agency] to take advantage of the Program's significant economic incentives, they will be obligated to provide the required transactional documents" so "disclosure ... is not likely to impair [the agency's] ability to collect this information in the future").  If a contractor chooses to work with the government it is obligated to provide the required documents under Title VII, and a court order may order it to do so.

Second, disclosure would not cause economic harm among competitors.  As in other cases, the information discloses nothing about the confidential information like the object of a company's contracts or subcontracts.  *See GC Micro Corp*, 33 F.3d at 1112 (finding no economic harm where data on the percentage and dollar amount of work did not reveal "the unit prices charged by the subcontractors, and the profit or productivity

rates of either the contractor or subcontractors"). In fact, even if OFCCP tried to claim that disclosure would create a competitive harm, that statement would be undermined by real life examples where EEO-1 forms have continuously been made public and caused no harm. For instance, to date, numerous companies have publicly published their forms online to promote diversity, including but not limited to Apple, Amazon, Cisco Systems, Google, Microsoft, Citrix Systems, Facebook, Intel, Intuit, Adobe, HP Inc., LinkedIn, eBay, Salesforce, Yahoo, Uber, Lyft and Twitter. Indeed, some of the federal contractors who are objecting here also publish diversity statistics on their own site. Many of the federal contractors at issue disclose a multitude of much more sensitive business information as part of required SEC disclosures, such as accounting, disclosures, goals and strategies, and the exact compensation of executives – and have caused no harm. Perhaps most importantly, OFCCP has previously overruled objections by companies, determined the records are not confidential, and released the reports. Thus, to claim EEO-1s are confidential appears to be nothing more than an abuse of the definition.

### D. Disclosure of information does not offend the purposes of FOIA, but instead leans heavily in favor of it.

The purpose of Exemption 4 is to "balance the strong public interest in favor of disclosure against the right of private businesses to protect sensitive information." *Nat'l Parks & Conservation Ass'n*, 498 F.2d at 768–69. Thus even if the exemption arguably applies, where disclosure would benefit the public and cause little harm to private interests courts will enforce disclosure. *Compare Gilmore v. United States Dep't of Energy*, 4. F. Supp. 2d 912, 923 (N.D. Cal. 1998) (withholding documents under Exemption 4 where "there is no countervailing public interest in disclosure"); *with Trans.-Pac. Policing Agreement v. United States Customs Serv.*, No. 97-2188, 1998 U.S. Dist. LEXIS 7800, at *14 (D.D.C. May 14, 1998) (concluding the agency's "proper application of Exemption 4 in this case [by disclosing] does not offend the purposes of FOIA"), *rev'd & remanded for segregability determination*, 177 F.3d 1022 (D.C. Cir. 1999).

The importance of public disclosure of EEO-1 reports for promoting diversity is incontrovertible. It has been championed by civil rights activists such as Rev. Jesse Jackson Sr., members of Congress, investment firms, and companies themselves. *See, e.g.*, Salvador Rodriguez, *Jesse Jackson Gives Uber a Diversity Deadline*, INC.COM, Jan. 5, 2017, https://www.inc.com/salvador-rodriguez/uber-diversity-jesse-jackson.html; Jessica Guyun, *Barbara Lee calls on Apple, tech holdouts to release diversity data*, USATODAY, Aug. 4, 2015, https://www.usatoday.com/story/tech/2015/08/04/barbara-lee-black-caucus-federal-diversity-data-apple/31128479/. The Federal Glass Ceiling Commission, created by the Civil Rights Act of 1991, stated in its 1995 report that it "urges the Federal government and its agencies to look for ways to increase public access to diversity data" and that "[t]he government should also explore the possibility of mandating public release of EEO-1 forms for Federal contractors and publically traded corporations." Federal Glass Ceiling Commission, *A Solid Investment: Making Full Use of the Nation's Human Capital* (1995).

1400 65th, Suite 200 Emeryville, CA 94608 ▮▮▮▮▮▮
PHONE 510 809 3160 ▮▮▮▮    TWITTER @CIRonline
▮▮▮▮▮ WEB cironline.org ▮▮▮▮

The reports have also formed the basis of numerous news articles that are of the utmost importance in order to inform the public about the real problems about lack of diversity in the tech industry. *See, e.g.*, Will Evans & Sinduja Rangarajan, *Hidden figures: How Silicon Valley keeps diversity data secret*, REVEAL.ORG, Oct. 19, 2017, https://www.revealnews.org/article/hidden-figures-how-silicon-valley-keeps-diversity-data-secret/; Sinduja Rangarajan, *Here's the clearest picture of Silicon Valley's diversity yet: It's bad. But some companies are doing less bad*, REVEAL.ORG, June 25, 2018, https://www.revealnews.org/article/heres-the-clearest-picture-of-silicon-valleys-diversity-yet/; Laura Lorenzetti, *Microsoft releases diversity stats: How the tech giant sizes up*, FORTUNE, Jan. 5, 2015, http://fortune.com/2015/01/05/microsoft-eeo-1-diversity-tech/; Jessica Guynn, *Apple leadership is more than 80% white and male*, USATODAY, Nov. 9, 2017, https://www.usatoday.com/story/tech/2017/11/09/apple-leadership-more-than-80-white-and-male/850206001/.

### E.  OFCCP should not fail to fulfill its statutory obligation by raising the strawman of an undecided Supreme Court case.

While the upcoming *Argus Leader* case involves Exemption 4 – it does not justify the agency withholding records.  While courts permit an agency to change its determination about a FOIA request based on a change in the law, courts generally do not permit agencies to artificially extend their time to fulfill a FOIA request just because a case is pending.  To rule otherwise would undermine the finality of all current caselaw and promote uncertainty in the FOIA process, as caselaw is always developing.  *See generally Maydak v. U.S. Department of Justice*, 218 F.3d 760 (D.C. Cir. 2000) (discussing the need for judicial finality).  Moreover, courts find it is opprobrious to cite to an Exemption or use a procedural avenue to merely guard against "embarrassment in the marketplace or reputational injury."  *United Techs. Corp. v. U.S. Dep't of Def.*, 601 F.3d 557, 564 (D.C. Cir. 2010) (citing *Occidental Petroleum Corp. v. SEC*, 873 F.2d 325, 341 (D.C. Cir. 1989).

Indeed, courts do not look favorably at agencies that try to evade their statutory obligation and reverse course.  In *Maydak v. U.S. Department of Justice*, 218 F.3d 760 (D.C. Cir. 2000), the government argued that it should be permitted to assert categorical exemptions at a preliminary stage of the proceedings, and then "start back at the beginning" in assessing whether an additional, more targeted, exemption would apply.  *Id.*  The Court decided that such behavior could not be permitted.  Generally, such capricious actions are often not looked upon favorably.  *Encino Motorcars, LLC v. Navarro*, 136 S. Ct. 2117, 2126 (2016) ("[A]n [u]nexplained inconsistency in agency policy is a reason for holding an interpretation to be an arbitrary and capricious change from agency practice."); *United States v. Mead*, 533 U.S. 218, 228 (2001) (explaining that deference is reduced when an agency position lacks consistency).

Here, no stay is appropriate.  As in other cases, the government cannot release the nearly identical records under Exemption 4 and then go back and reverse course to

seemingly protect federal contractors from embarrassment.  Its claim that the pending case changes the circumstances appears dubious, as no actual change in law has occurred and public policy favors maximum disclosure.  In any event, *Argus Leader* is irrelevant because under no circumstances do the documents fall under the definition of the words "trade secret," "commercial," or "financial" so not only is a stay inappropriate but it appears OFCCP is using the strawman argument as a delay tactic.  OFCCP has now chosen since January 2018 (over a year ago) to fail on its obligations and continues to cause delay simply to avoid embarrassment in the marketplace.

**F.  Nonetheless OFCCP wrongly withheld the documents in full without disclosing any segregable portions.**

Although the agency seeks to withhold documents based upon Exemption 4 "it must nonetheless disclose all reasonably segregable, nonexempt portions of the requested record(s)." *Roth v. U.S. Dep't of Justice*, 642 F.3d 1161, 1167 (D.C. Cir. 2011); (citing *Oglesby v. U.S. Dep't of the Army*, 79 F.3d 1172, 1178 (D.C. Cir. 1996)); see also 5 U.S.C. § 552(b).  The agency bears the burden of demonstrating that withheld documents contain no reasonably segregable factual information. *Mokhiber v. U.S. Dept. of Treasury*, 335 F. Supp. 2d 65, 69 (D.D.C. 2004).

Here, OFCCP did not fulfill its burden or obligation.  OFCCP merely cited an exemption that the companies used to justify withholding.  It showed no evidence of making a separate determination other than deferring to each company's judgment.  It is meaningful that OFCCP agreed with all of the companies that chose to withhold *as well as* all of the companies that chose to release the information.  For sake of argument, even to the extent that exemption applies, OFCCP disclosed no segregable portions, showing further proof that it made no separate assessment and a failure to provide *unredacted* records.  Where an agency has not provided the documents in good faith but instead completely withheld records, courts usually find an exemption was improperly applied.

**IV.   Conclusion**

In conclusion, OFCCP should release all relevant information immediately.  Should OFCCP need clarification as to any aspect of the Request, it may reach me at vbaranetsky@revealnews.org or (510) 982-2890.  We look forward to your response within the statutory time period.

Sincerely,

Victoria D. Baranetsky
General Counsel
The Center for Investigative Reporting
cc: Will Evans

# Exhibit A



**CIR**

Victoria Baranetsky <vbaranetsky@revealnews.org>

---

# Fwd: Acknowledgment

3 messages

---

**Will Evans** <wevans@revealnews.org>                                  Tue, Feb 26, 2019 at 10:27 AM
To: Victoria Baranetsky <vbaranetsky@revealnews.org>

Here's the acknowledgment and initial request.

---------- Forwarded message ---------
From: **Karamoko, Arginia - SOL** <Karamoko.Arginia@dol.gov>
Date: Tue, Jan 9, 2018 at 3:06 PM
Subject: Acknowledgment
To: Will Evans <wevans@revealnews.org>
Cc: Oliver, Ramona - SOL <Oliver.Ramona@dol.gov>, OFCCP NO FOIA <OFCCP_NO_FOIA@dol.gov>

Hello:

Your request has been assigned to OFCCP with tracking number **848514**. When they begin processing it, you will be able to track its progress at www.dol.gov/foia. If you need to contact them about it for any reason, please submit your inquiry through ofccp_no_foia@dol.gov or phone 202-693-0101. In addition, it would be helpful to include the tracking number in the Subject line of any submission to the agency or to have it available at the time of a call.

Sincerely,

**Arginia Karamoko**

Government Information Specialist, Office of Information Services

Office of the Solicitor | Management & Administrative Legal Services

U.S. DEPARTMENT OF LABOR

200 Constitution Ave., N.W., N-2420 | Washington, DC 20210

T: (202) 693-5531 | F: (202) 693-5389 | E: karamoko.arginia@dol.gov

***This message may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this email in error, please notify the sender immediately.***

**From:** Will Evans [mailto:wevans@revealnews.org]
**Sent:** Thursday, January 04, 2018 3:57 PM
**To:** FOIARequests
**Subject:** FOIA Request - OFCCP

Dear FOIA Officer,

Under the Freedom of Information Act, I am requesting a copy of the following records from OFCCP:

**- The EEO-1 Consolidated Report (Type 2), for 2016, for the following companies:**

**Advanced Micro Devices**

**Agilent Technologies**

**Align Technology**

**Applied Materials**

**Arista Networks**

**Bloom Energy**

**Box Inc.**

**Cadence Design Systems**

**Cloudflare**

**Docusign**

**Dropbox**

**Equinix**

**Eventbrite**

**Fair Isaac**

**Fitbit**

**Gilead Sciences**

**Github**

**Intuitive Surgical**

**Juniper Networks**

**KLA-Tencor**

**Lam Research Corporation**

**Maxim Integrated Products**

**Netflix**

**Oracle**

**Palantir**

**Palo Alto Networks**

**Pandora Media**

**PayPal**

**Penumbra**

**RingCentral**

**ServiceNow**

**ShoreTel**

**Slack Technologies**

**SolarCity**

**Splunk Inc**

**Stripe Inc.**

**Sunpower**

**SurveyMonkey**

**Symantec**

**Synnex**

**Synopsys**

**Tesla**

**TiVo**

**Trimble Navigation**

**Twilio**

**Verifone**

**VMware**

**WageWorks**

**Workday**

**Xilinx**

**Yahoo Inc.**

**Yelp**

**Zendesk**

**Please note, as discussed with OFCCP's FOIA officer, this request should not be consolidated with previous requests.**

**Also, please provide interim responses and release records on a rolling basis.**

I am a representative of the news media as a reporter with Reveal from The Center for Investigative Reporting, a non-profit investigative journalism organization. This request is made as part of news gathering and not for a commercial use. I respectfully ask that you waive fees related to this request. Please notify me of any charges before fulfilling this request.

Please contact me with any questions at 510-809-2209 or wevans@revealnews.org

Thank you for your attention to this request.

Sincerely,
Will Evans
Reveal / The Center for Investigative Reporting
1400 65th, Suite 200
Emeryville, CA 94608

--

Will Evans

reporter

o: 510-809-2209

# Exhibit B



Victoria Baranetsky <vbaranetsky@revealnews.org>

---

## Fwd: Acknowledgment

---

**Will Evans** <wevans@revealnews.org>                                      Thu, Feb 28, 2019 at 3:10 PM
To: Victoria Baranetsky <vbaranetsky@revealnews.org>


---------- Forwarded message ----------
From: **FOIARequests** <FOIARequests@dol.gov>
Date: Tue, Jan 15, 2019 at 2:35 PM
Subject: Acknowledgment
To: Will Evans <wevans@revealnews.org>
Cc: Oliver, Ramona - SOL <Oliver.Ramona@dol.gov>, OFCCP NO FOIA <OFCCP_NO_FOIA@dol.gov>


Hello:


Your request has been assigned to OFCCP with tracking number **872421**. When they begin processing it, you will be able to track its progress at www.dol.gov/foia. If you need to contact them about it for any reason, please submit your inquiry through ofccp_no_foia@dol.gov or phone 202-693-0101. In addition, it would be helpful to include the tracking number in the Subject line of any submission to the agency or to have it available at the time of a call.


Sincerely,


**Arginia Karamoko**

Government Information Specialist, Office of Information Services

Office of the Solicitor I Management & Administrative Legal Services

U.S. DEPARTMENT OF LABOR

200 Constitution Ave., N.W., N-2420 I Washington, DC  20210

T: (202) 693-5531 I F: (202) 693-5389 I  E: karamoko.arginia@dol.gov




**From:** Will Evans <wevans@revealnews.org>
**Sent:** Thursday, January 10, 2019 7:13 PM
**To:** FOIARequests <FOIARequests@dol.gov>
**Cc:** Victoria Baranetsky <vbaranetsky@revealnews.org>
**Subject:** FOIA request - OFCCP


Dear FOIA Officer,

Under the Freedom of Information Act, I am requesting a copy of the following records from OFCCP:

* A spreadsheet of all consolidated (Type 2) EEO-1 reports for all federal contractors for 2016

I am requesting this data in electronic format, by email.

There is an exception to the notice requirements of 29 CFR 70.26 and Executive Order 12600 that applies here, as will be explained below. Notice to the contractors is not required.

Under 29 CFR 70.2(G)(5) and Executive Order 12600 Sec.8(e), the notice requirements **need not be followed** if the information has not been designated by the submitter, unless OFCCP "has reason to believe that disclosure of the information would result in substantial competitive harm."

Under 29 CFR 70.2(G)(6) and Executive Order 12600 Sec.8(f), the notice requirements **need not be followed** the designation made by the submitter "appears obviously frivolous."

There is no substantial reason to believe that disclosure of the information would result in competitive harm, so the information should be released without notice for any contractor. Even if a contractor has designated it as confidential, that designation should be considered "obviously frivolous," as OFCCP has already determined that Type 2 EEO-1 reports are not subject to Exemption 4 of the Freedom of Information Act. (see CIR v USDOL, Case No. 3:18-cv-2008 JCS)

I am a representative of the news media as a reporter with Reveal from The Center for Investigative Reporting, a non-profit investigative journalism organization. This request is made as part of news gathering and not for a commercial use. I respectfully ask that you waive fees related to this request. Please notify me of any charges before fulfilling this request.

Please contact me with any questions at 510-809-2209 or

wevans@revealnews.org

Thank you for your attention to this request.

Sincerely,
Will Evans
Reveal / The Center for Investigative Reporting
1400 65th, Suite 200
Emeryville, CA 94608

--

Will Evans

reporter

o: 510-809-2209


from The Center for Investigative Reporting

www.revealnews.org

[Quoted text hidden]

# Exhibit C

**U.S. Department of Labor**     Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



MAR 1 3 2018

Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is a first response to your Freedom of Information Act (FOIA) request submitted to
the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please refer
to the above-referenced FOIA tracking number in any future correspondence regarding your
FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for fifty-five
companies. We are including the interim results in Attachment A.

We consider you to be a "news media" type of requestor. As a "news media" requestor, we
charge you for photocopying after the first 100 pages in accordance with the U.S. Department of
Labor FOIA regulations at 29 CFR § 70.40(c)(4). We believe we are being responsive to your
FOIA request. Should you have questions regarding your request, please contact this office at
(202) 693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do
not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-
5427. Alternatively, you may contact the Office of Government Information Services within the
National Archives and Records Administration (OGIS) to inquire about the mediation services
they offer. The contact information for OGIS is as follows: Office of Government Information
Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD
20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-
5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by
writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state
in writing the grounds for the appeal, and it may include any supporting statements or arguments,
but such statements are not required. In order to facilitate processing of the appeal, please
include your mailing address and daytime telephone number, as well as a copy of the initial

request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant

Attachment

Attachment A

| Companies not identified as federal contractors (19) | Companies to be discussed in a later response (36) |
|---|---|
| Align Technology | Advanced Micro Devices |
| Arista Networks | Agilent Technologies |
| Cloudflare | Applied Materials |
| Dropbox | Bloom Energy |
| Eventbrite | Box Inc. |
| Github | Cadence Design Systems |
| Lam Research Corporation | Docusign |
| Linear Technology | Equinix |
| Netflix | Fair Isaac |
| RingCentral | Fitbit |
| ShoreTel | Gilead Sciences |
| Stripe Inc. | Intuitive Surgical |
| SurveyMonkey | Juniper Networks |
| Symantec | KLA-Tencor |
| Tesla | Maxim Integrated Products |
| TiVo | Oracle Corporation |
| Twilio | Palantir Technologies Inc. |
| Workday | Palo Alto Networks |
| Yelp | Pandora Media |
| | PayPal, Inc. |
| | Penumbra |
| | ServiceNow |
| | Slack Technologies |
| | SolarCity |
| | Splunk Inc. |
| | Sunpower |
| | Synnex |
| | Synopsys |
| | Trimble Navigation |
| | Varian Medical Systems |
| | Verifone |
| | VMware |
| | WageWorks |
| | Xilinx |
| | Yahoo Inc. |
| | Zendesk |

**U.S. Department of Labor**

Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



APR 18 2018

Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is a second response to your Freedom of Information Act (FOIA) request submitted to the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please refer to the above-referenced FOIA tracking number in any future correspondence regarding your FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for 55 companies. The results so far are found in Attachment A.

We consider you to be a "news media" type of requestor. As a "news media" requestor, we charge you for photocopying after the first 100 pages in accordance with the U.S. Department of Labor FOIA regulations at 29 CFR § 70.40(c)(4).

We believe we are being responsive to your FOIA request. Should you have questions regarding your request, please contact this office at (202) 693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-5427. Alternatively, you may contact the Office of Government Information Services within the National Archives and Records Administration (OGIS) to inquire about the mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant


Attachment

Attachment A

| Companies not identified as federal contractors (19) | Companies that objected to the release of their data on the grounds of FOIA Exemption 4 (14) | Companies to be discussed in a later response (22) |
|---|---|---|
| -------------------------- | -------------------------- | -------------------------- |
| Align Technology | Agilent Technologies | Advanced Micro Devices |
| Arista Networks | Applied Materials | Bloom Energy |
| Cloudflare | Docusign | Box Inc. |
| Dropbox | Fitbit | Cadence Design Systems |
| Eventbrite | Juniper Networks | Equinix |
| Github | Maxim Integrated Products | Fair Isaac |
| Lam Research Corporation | Oracle Corporation | Gilead Sciences |
| Linear Technology | Palantir Technologies Inc. | Intuitive Surgical |
| Netflix | Pandora Media | KLA-Tencor |
| RingCentral | Splunk Inc. | Palo Alto Networks |
| ShoreTel | Synopsys | PayPal, Inc. |
| Stripe Inc. | Verifone | Penumbra |
| SurveyMonkey | Xilinx | ServiceNow |
| Symantec | Zendesk | Slack Technologies |
| Tesla | | SolarCity |
| TiVo | | Sunpower |
| Twilio | | Synnex |
| Workday | | Trimble Navigation |
| Yelp | | Varian Medical Systems |
| | | VMware |
| | | WageWorks |
| | | Yahoo Inc. |

**U.S. Department of Labor**

AUG 1 4 2018

Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210



Will Evans
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is a third response to your Freedom of Information Act (FOIA) request submitted to the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please refer to the above-referenced FOIA tracking number in any future correspondence regarding your FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for 55 companies. Attachment A reflects our results so far. We will email all files released under this FOIA.

We believe we have been responsive to your FOIA request. Should you have questions regarding your request, please contact this office at (202) 693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-5427. Alternatively, you may contact the Office of Government Information Services within the National Archives and Records Administration (OGIS) to inquire about the mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked

"Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant


Attachments

Attachment A

| Companies not identified as federal contractors (19) | Companies that did not object to the release of their data (15) | Companies to be discussed in a later response (20) |
|---|---|---|
| Align Technology | Advanced Micro Devices | Agilent Technologies |
| Arista Networks | Bloom Energy | Applied Materials |
| Cloudflare | Cadence Design Systems | Box Inc. |
| Dropbox | Fair Isaac | Docusign |
| Eventbrite | Palo Alto Networks | Equinix |
| Github | PayPal, Inc.[1] | Gilead Sciences |
| Lam Research Corporation | Penumbra | Fitbit |
| Linear Technology | ServiceNow | Intuitive Surgical |
| Netflix | Slack Technologies | Juniper Networks |
| RingCentral | SolarCity | KLA-Tencor |
| ShoreTel | Synnex | Maxim Integrated Products |
| Stripe Inc. | Varian Medical Systems | Oracle Corporation |
| SurveyMonkey | VMware | Palantir Technologies Inc. |
| Symantec | WageWorks | Pandora Media |
| Tesla | Yahoo Inc. | Splunk Inc. |
| TiVo | | Sunpower |
| Twilio | | Synopsys |
| Workday | | Verifone |
| Yelp | | Xilinx |
| | | Zendesk |

Companies removed from request (1)
Trimble Navigation

---

[1] PayPal has released this information publicly on their website.

# Exhibit D



Will Evans <wevans@revealnews.org>

---

## RE: CIR/Will Evans - Copies of Notices of Intent to Disclose

---

**OFCCP NO FOIA** <OFCCP_NO_FOIA@dol.gov>                     Thu, Nov 29, 2018 at 10:21 AM
To: "Will Evans (wevans@revealnews.org)" <wevans@revealnews.org>
Cc: Victoria Baranetsky <vbaranetsky@revealnews.org>

Dear Mr. Evans,


In order to resolve this matter based on its particular circumstances, and consistent with the Court's instructions to complete production by November 30, please see the attached production.

| Company | EEO-1 Data | EO12600 Response |
|---------|------------|------------------|
| FOIA 838133 | | |
| Gilead | ✔ | ✔ |
| Oracle | ✔ | ✔ |
| Palantir | ✔ | ✔ |
| Pandora | ✔ | ✔ |
| Splunk | ✔ | ✔ |
| Synnex | Released | ✔ |


Sincerely,


The OFCCP FOIA Team


[Quoted text hidden]

---

**11 attachments**

 **Pandora Media  2015 Status 2.xlsx**
11K

 **Splunk Inc  2015 Status 2.xlsx**
11K

Gilead Sciences 2015 Status 2.xlsx
11K

Oracle 2015 Status 2.xlsx
11K

Palantir  2015 Status 2.xlsx
11K

Gilead Objection to FOIA 838133.pdf
3020K

Oracle Objection to FOIA 838133.pdf
3540K

Palantir Objection to FOIA 838133.pdf
2706K

Pandora Objection to FOIA 838133.pdf
2799K

Splunk Objection to FOIA 838133.pdf
4274K

Synnex Objection to FOIA 838133.pdf
2258K

# Exhibit E

**U.S. Department of Labor**        Office of Federal Contract
                                    Compliance Programs
                                    200 Constitution Avenue, N.W.
                                    Washington, D.C. 20210



FEB 2 2 2019

Will Evans
The Center for Investigative Reporting
1400 65ᵗʰ Street, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 848514

Dear Mr. Evans:

This letter is an interim response to your Freedom of Information Act (FOIA) request submitted
to the Office of Federal Contract Compliance Programs (OFCCP) on January 9, 2018. Please
refer to the above-referenced FOIA tracking number in any future correspondence regarding
your FOIA request.

Under FOIA, you requested copies of 2016 EEO-1 Consolidated Report (Type 2) for 55
companies. With our response of August 14, 2018, we emailed files on fifteen companies
released under this FOIA.

While processing your request, on January 11, 2019, the Supreme Court granted a writ of
certiorari in *Food Marketing Institute v. Argus Leader Media*, 889 F.3d 914 (8th Cir. 2018), *cert.
granted*, 2019 WL 166877 (U.S. Jan. 11, 2019) (No. 18-841).  The questions presented in *Argus
Leader* include the appropriate definition of "confidential" in the Freedom of Information Act's
Exemption 4, and in the alternative whether the "substantial competitive harm" test recognized
by some circuit courts under Exemption 4 will be retained or altered.  Given that the Court's
answer to those questions may affect how OFCCP would address the request at issue, we are
delaying a final determination regarding disclosure until we have the benefit of the Court's
decision in *Argus Leader*.

We consider you to be a "news media" type of requestor. As a "news media" requestor, we
charge you for photocopying after the first 100 pages in accordance with the U.S. Department of
Labor FOIA regulations at 29 CFR § 70.40(c)(4).

Should you have questions regarding your request, please contact this office at (202) 693-0101
or by email at OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request please do
not hesitate to contact the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-5427.
Alternatively, you may contact the Office of Government Information Services within the
National Archives and Records Administration (OGIS) to inquire about the mediation services

they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant