AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| The Center for Investigative Reporting & Will Evans ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:19-CV-01843-KAW |
| United States Department of Labor ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Reporters Committee for Freedom of the Press .

Date: 09/30/2019

/s/ Katie Townsend
*Attorney's signature*

Katie Townsend (254321)
*Printed name and bar number*

The Reporters Committee for Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
*Address*

ktownsend@rcfp.org
*E-mail address*

(202) 795-9300
*Telephone number*

(202) 795-9310
*FAX number*