D. Victoria Baranetsky (Cal. Bar No. 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org
Telephone: (510) 982-2890

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 4:19-cv-01843-KAW<br><br>**DECLARATION OF D. VICTORIA BARANETSKY OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 21, 2019<br>Time: 1:30 pm. |

I, D. VICTORIA BARANETSKY, declare:

1. I am an attorney of record for the plaintiff in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I am General Counsel at The Center for Investigative Reporting, which is a nonprofit established under the laws of California with its principal place of business in Emeryville, CA.

3. Attached hereto as Exhibit 1 is a true and correct excerpt of the following federal compliance manual: OFCCP, *Federal Contract Compliance Manual*, Oct. 2014, https://www.dol.gov/ofccp/regs/compliance/fccm/FCCM_FINAL_508c.pdf [https://bit.ly/2Z3lkeI].

4. Attached hereto as Exhibit 2 is a true and correct copy of the following page posted on the EEOC's website: EEOC, *EEO-1 Frequently Asked Questions*, https://www1.eeoc.gov/employers/eeo1survey/faq.cfm?renderforprint=1 [https://bit.ly/2Z0FSo1].

5. Attached hereto as Exhibit 3 is a true and correct copy of the following government instruction booklet: EEOC, *EEO-1 Instruction Booklet* (2018), https://www.eeoc.gov/employers/eeo1survey/2007instructions.cfm [http://bit.ly/2ySvqzB].

6. Attached hereto as Exhibit 4 is a true and correct copy of the following page posted on the OFCCP's website: OFCCP, *About Us*, https://www.dol.gov/ofccp/aboutof.html.

7. Attached hereto as Exhibit 5 is a true and correct copy of the following page posted on the OCFFP's website: OFCCP, *Freedom of Information Act (FOIA) Frequently Asked Questions*, https://www.dol.gov/ofccp/regs/compliance/faqs/foiafaqs.htm.

8. Attached hereto as Exhibit 6 is a true and correct copy of the following newspaper article: Julianne Pepitone, *Black, female, and a Silicon Valley 'trade secret'*, CNNMONEY, Mar. 18, 2013, https://money.cnn.com/2013/03/17/technology/diversity-silicon-valley/index.html.

9. Attached hereto as Exhibit 7 is a true and correct copy of the following newspaper article: Mike Swift, *Five Silicon Valley companies fought release of employment data, and won*, SAN JOSE MERCURY NEWS, Feb. 11, 2010, https://www.mercurynews.com/2010/02/11/five-silicon-valley-companies-fought-release-of-employment-data-and-won/hereto.

10. Attached hereto as Exhibit 8 is is a true and correct copy of the following email: Email from OFCCP FOIA Team, to Will Evans, Reporter, Center for Investigative Reporting (Sep. 6, 2019, 10:09 PM PST).

11. Attached hereto as Exhibit 9 is a true and correct copy of workforce data posted on Intel's website: Intel, *Workforce Demographics*, 2008, http://web.archive.org/web/20081224004419/http:/www.intel.com/intel/diversity/divpractice.htm.

12. Attached hereto as Exhibit 10 is a true and correct copy of the following news report:

Murrey Jacobson, *Google finally discloses its diversity record, and it's not good*, PBS NEWSHOUR, May 28, 2014, https://www.pbs.org/newshour/nation/google-discloses-workforce-diversity-data-good.

13. Attached hereto as Exhibit 11 is a true and correct copy of the following news article: Laura Lorenzetti, *Microsoft releases diversity stats: How the tech giant sizes up*, FORTUNE, Jan. 5, 2015, https://fortune.com/2015/01/05/microsoft-eeo-1-diversity-tech/.

14. Attached hereto as Exhibit 12 is a true and correct copy of the following website as of September 27, 2019: OPEN DIVERSITY DATA, http://opendiversitydata.org.

15. Attached hereto as Exhibit 13 is a true and correct copy of the following report: Juniper Networks, *2017 Employer Information Report Consolidated Report Type 2*, https://www.juniper.net/assets/us/en/local/pdf/additional-resources/2017-eeo-1-report.pdf.

16. Attached hereto as Exhibit 14 is a true and correct copy of the following report: Pandora, *2017 Employer Information Report Consolidated Report Type 2*, https://pandora.com/static/careers/Pandora_EE0-1_2017.pdf.

17. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt of the following report: Splunk, *2017 Employer Information Report Consolidated Report Type 2*, https://www.splunk.com/pdfs/fact-sheets/eeo-1-splunk17.pdf.

18. Attached hereto as Exhibit 16 is a true and correct copy of the following news report: Rebecca R. Hastings, *Diversity Annual Reports Yield Business Benefits*, SOC'Y HUMAN RESOURCE MGMT., Oct. 10, 2012, https://www.shrm.org/resourcesandtools/hr-topics/behavioral-competencies/global-and-cultural-effectiveness/pages/diversity-annual-reports-yield-business-benefits.aspx.

19. Attached hereto as Exhibit 17 is a true and correct copy of the following news article: Will Evans & Sinduja Rangarajan, *Hidden figures: How Silicon Valley keeps diversity data secret*, REVEALNEWS.ORG, Oct. 19, 2017, https://www.revealnews.org/article/hidden-figures-how-silicon-valley-keeps-diversity-data-secret/.

20. Attached hereto as Exhibit 18 is a true and correct copy of the following newspaper article: Jessica Guynn, *Apple leadership is more than 80% white and male*, USA TODAY, Nov. 9,

2017, https://www.usatoday.com/story/tech/2017/11/09/apple-leadership-more-than-80-white-and-male/850206001/.

21. Attached hereto as Exhibit 19 is a true and correct excerpt from the following report: Glass Ceiling Comm'n, *A Solid Investment: Making Full Use of the Nation's Human Capital*, 42, Nov. 1, 1995, https://digitalcommons.ilr.cornell.edu/cgi/viewcontent.cgi?referer=&httpsredir=1&article=1117&context=key_workplace.

22. Attached hereto as Exhibit 20 is a true and correct copy of the following news article: Salvador Rodiguez, *Jesse Jackson Gives Uber a Diversity Deadline*, INC.COM, Jan. 5, 2017, https://www.inc.com/salvador-rodriguez/uber-diversity-jesse-jackson.html.

23. Attached hereto as Exhibit 21 is a true and correct copy of the following newspaper article: Jessica Guyun, *Barbara Lee calls on Apple, tech holdouts to release diversity data*, USA TODAY, Aug. 4, 2015, https://www.usatoday.com/story/tech/2015/08/04/barbara-lee-black-caucus-federal-diversity-data-apple/31128479/.

24. Attached hereto as Exhibit 22 is a true and correct copy of the following letter: Letter from Emanuel Cleaver II, Member of Congress, U.S. House of Representatives, to Alexander Acosta, Secretary, U.S. Department of Labor (Mar. 6, 2019), https://cleaver.house.gov/sites/cleaver.house.gov/files/DOL_FOIA.pdf.

25. Attached hereto as Exhibit 23 is a true and correct copy of an excerpt from the following amicus brief: Brief for AI Now Inst. et. al. as Amici Curiae Supporting Respondents, Food Marketing Inst. v. Argus Leader Media, 139 S. Ct. 2356 (2019) (No. 18-481).

26. Attached hereto as Exhibit 24 is a true and correct copy of the following blog post: Google, *Getting to work on diversity at Google*, GOOGLE BLOGS, May 28, 2014, https://googleblog.blogspot.com/2014/05/getting-to-work-on-diversity-at-google.html.

27. Attached hereto as Exhibit 25 is a true and correct copy of the following user data submitted to news organization: Scott Pham, Sinduja Rangarajan, Bethney Bonilla & Will Evans, *Silicon Valley diversity data: Who released theirs, who didn't*, REVEALNEWS.ORG, June 25, 2018, https://apps.revealnews.org/silicon-valley-diversity-list/ (last accessed Sept. 27, 2019).

28. Attached hereto as Exhibit 26 is a true and correct copy of the following letter: Letter from Jason Glenn, Legal Director – Employment, PayPal Holdings, Inc., to Bruce G. Anderson, National Office FOIA Coordinator, OFCCP, U.S. Department of Labor (Jan. 29, 2018).

29. Attached hereto as Exhibit 27 is a true and correct copy of the following blog post: Dan Schulman, *Our Commitment to Diversity and Inclusion at PayPal*, PAYPAL STORIES (blog), Oct. 11, 2017, https://www.paypal.com/stories/us/our-commitment-to-diversity-and-inclusion-at-paypal (updated April 28, 2018).

30. Attached hereto as Exhibit 28 is a true and correct copy of an excerpt from the following report posted on Gilead's website: Gilead, *Year in Review: 2016*, http://investors.gilead.com/static-files/33588c5a-7f81-437a-b35a-379514d49eff.

31. Attached hereto as Exhibit 29 is a true and correct copy of an excerpt from the following report posted on Symantec's website: Symantec, *2015 Corporate Responsibility Report*, https://www.symantec.com/content/en/us/about/media/pdfs/2015-corporate-responsibility-report-en-us.pdf.

32. Attached hereto as Exhibit 30 is a true and correct copy of the following report published on Equinix's website: Equinix, *2018 Corporate Sustainability Report*, 13-16, https://www.equinix.com/resources/infopapers/corporate-sustainability-report/.

33. Attached hereto as Exhibit 31 is a true and correct copy of the following report published on Agilent's website: Agilent, *2016 Corporate Citizenship Report*, 15, 56, https://www.agilent.com/cs/library/periodicals/public/5991-7988EN.pdf.

34. Attached hereto as Exhibit 32 is a true and correct copy of the following email: Email from Ellen London, Assistant U.S. Attorney, to Victoria Baranetsky, General Counsel, CIR (June 18, 2019, 10:04 AM PST).

35. Attached hereto as Exhibit 33 is a true and correct excerpt from the following report: New York City Office of the Comptroller, *2017 Shareholder Initiatives: Postseason Report*, https://comptroller.nyc.gov/wp-content/uploads/documents/2017_Shareowner_Initiatives_Postseason_Report.pdf.

36. Attached hereto as Exhibit 34 is a true and correct except from the following report

published on Applied Materials' website: Applied Materials, *Applied Materials Diversity and Inclusion Report 2017*, http://www.appliedmaterials.com/files/diversity_inclusion_report_2017_final.pdf.

37. Attached hereto as Exhibit 35 is a true and correct copy of the following report posted on Trillium Asset Management's website: Trillium Asset Management, *Xilinx, Inc. – Workplace Diversity (2019)*, https://trilliuminvest.com/shareholder-proposal/xilinx-inc-workplace-diversity-2019/.

38. Attached hereto as Exhibit 36 is a true and correct copy of an excerpt from the following shareholder proxy statement: Applied Materials, *2019 Proxy Statement*, https://www.sec.gov/Archives/edgar/data/6951/000119312519015977/d681918ddef14a.htm.

39. Attached hereto as Exhibit 37 is a true and correct copy of the following blog post: Emily Moore, *20 Best Companies for Diversity and Inclusion*, GLASSDOOR BLOGS, Oct. 4, 2018, https://www.glassdoor.com/blog/20-best-companies-for-diversity-inclusion.

40. Attached hereto as Exhibit 38 is a true and correct copy of the following news article: *Fitbit Counts on Women as Customers Just Not Board Members*, BLOOMBERG NEWS, June 18, 2015, https://www.bloomberg.com/news/articles/2015-06-18/fitbit-counts-on-women-as-device-buyers-just-not-board-members.

41. Attached hereto as Exhibit 39 is a true and correct copy of the following blog post: Jonathan Eisen, *Agilent – where men are thought leaders*, DR. JONATHAN EISEN'S LAB (blog), July 8, 2016, https://phylogenomics.me/2016/07/08/agilent-where-men-are-thought-leaders/.

42. Attached hereto as Exhibit 40 is a true and correct copy of an excerpt from the following Congressional Record: 114 Cong. Rec. S1494 (Mar. 15, 2016), https://www.congress.gov/114/crec/2016/03/15/CREC-2016-03-15-senate.pdf [https://perma.cc/KQW7-655R].

43. Attached hereto as Exhibit 41 is a true and correct copy of an excerpt from the following amicus brief: Brief for Reporters' Comm. for Freedom of the Press & 36 Media Organizations as Amici Curiae Supporting Plaintiff-Appellant, Machado Amadis v. Dep't of Justice, 388 F. Supp 3d 1 (D.D.C. 2019) (No. 1:16-cv-2230).

44. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed September 30, 2019 in Emeryville, California.

/s/ _____
D. Victoria Baranetsky