# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. CV 18-01843 <br><br> Case Assigned for All Purposes to Magistrate Judge Kandis A. Westmore <br><br> **DECLARATION OF JESSE JACKSON IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF JESSE JACKSON

I, Jesse Jackson, declare:

1. I am Rev. Jesse Jackson. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I am a civil rights activist who has advocated for companies to meaningfully address employment discrimination, including by being more transparent about their hiring.

3. In recent years, I have called on companies in Silicon Valley to release workforce diversity statistics, including their EEO-1 reports. Numerous companies have positively responded and publicly declared the benefit of publicly releasing their EEO-1 data. I have done so both in my capacity as an activist and also as a shareholder in such companies as Apple, Google/Alphabet, Intel, Facebook and HPE.

4. Companies that are transparent about their diversity statistics reap considerable benefits, including increased trust from shareholders such as myself.

5. There is considerable public interest in greater transparency regarding workforce diversity, including in disclosure of EEO-1 data by the government pursuant to the Freedom of Information Act. Such benefits as described in research by McKinsey and others include: the ability to win and retain talent, enhance decision-making, improve customer experiences, and contribute to bottom-line corporate financial outperformance. and its increasing importance.

6. Furthermore, the government's withholding of EEO-1 data and other workforce diversity data exacerbates a number of problems surrounding employment diversity, including lack of public accountability and an inability of leadership to move its culture and achieve its goals and objectives .

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed 18 September, 2019, Chicago, IL.

/s/ *Rev. Jesse Jackson*
Rev. Jesse Jackson