1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   THE CENTER FOR INVESTIGATIVE REPORTING, et al.,

    Case No. 4:19-cv-01843-KAW

8   Plaintiffs,

    ORDER REGARDING UNUSABLE CHAMBERS COPIES

9   v.

    Re: Dkt. Nos. 29-1, 29-5

10  U.S. DEPARTMENT OF LABOR,
11  Defendant.

PLEASE TAKE NOTICE that the chambers copy of Plaintiffs' exhibits to the Declaration of D. Victoria Baranetsky was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

[x]  consists of a stack of loose paper wrapped with a rubber band;

[ ]  consists of a stack of loose paper fastened with a binder clip or a paper clip;

[ ]  is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

[x]  has no tabs for the voluminous exhibits;

[ ]  includes exhibits that are illegible;

[ ]  includes exhibits that are unreadable because the print is too small;

[ ]  includes text and/or footnotes in a font smaller than 12 point;

[ ]  includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

[x]  is not usable for another reason –   Exhibits should be physically attached to the declaration to which they correspond, which appears to be D. Victoria Baranetsky's declaration.

The paper used for the above-described chambers copy has been recycled by the court. Plaintiffs shall submit a chambers copy in a format that is usable by the court no later than **October 9, 2019**. Plaintiffs are asked to lodge a chambers copy of the exhibits attached to the declaration, attached by brads, and tabbed.

IT IS SO ORDERED.

Dated: October 4, 2019

KANDIS A. WESTMORE
United States Magistrate Judge