UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. 4:19-cv-01843-KAW <br><br> SECOND ORDER REGARDING UNUSABLE CHAMBERS COPIES <br><br> Re: Dkt. Nos. 29-1, 29-5 |

PLEASE TAKE NOTICE that the chambers copy of Plaintiffs' exhibits to the Declaration of D. Victoria Baranetsky was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

[ ]   consists of a stack of loose paper wrapped with a rubber band;

[ ]   consists of a stack of loose paper fastened with a binder clip or a paper clip;

[ ]   is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

[x]   has no tabs for the voluminous exhibits;

[ ]   includes exhibits that are illegible;

[ ]   includes exhibits that are unreadable because the print is too small;

[ ]   includes text and/or footnotes in a font smaller than 12 point;

[ ]   includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

[x]   is not usable for another reason –   Exhibits must be divided with numbered, exhibit tabs (1-41), rather than blank, post-it notes, along the righthand side or bottom, and should be physically attached to the declaration of D. Victoria Baranetsky using a two-hole puncher along

1 | the top of the document, and then utilizing brad-type fasteners.

2 | The paper used for the above-described chambers copy has been recycled by the court.
Plaintiffs shall submit a chambers copy in a format that is usable by the court no later than
**October 15, 2019**. Plaintiffs are asked to lodge a chambers copy of the exhibits attached to the
declaration, attached by brads, and tabbed.

IT IS SO ORDERED.

Dated: October 7, 2019

KANDIS A. WESTMORE
United States Magistrate Judge