1   DAVID L. ANDERSON (CABN 149604)
United States Attorney
2   SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3   ELLEN LONDON (CABN 325580)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7288
    FAX: (415) 436-7169
    ellen.london@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | No. 4:19-cv-01843 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE** |

WHEREAS, under the current briefing schedule in place, Defendant will file its opposition to the cross-motion for summary judgment on October 21, 2019; and Plaintiffs will file their reply on November 4, 2019 (ECF No. 26);

WHEREAS, the Government has requested additional time to file its opposition; and

WHEREAS, the below proposed schedule would not change the date of the hearing currently scheduled for November 21, 2019;

IT IS HEREBY STIPULATED that Defendant will file its opposition on October 28, 2019; and Plaintiffs will file their reply on November 12, 2019.

| | | |
|---|---|---|
| DATED: October 11, 2019 | | Respectfully submitted, |
| | | DAVID L. ANDERSON<br>United States Attorney |
| | | _/s/ Ellen London*_<br>ELLEN LONDON<br>Assistant United States Attorney |
| | | Attorneys for Federal Defendant |
| DATED: October 11, 2019 | | THE CENTER FOR INVESTIGATIVE REPORTING |
| | | _/s/ D. Victoria Baranetsky_<br>D. VICTORIA BARANETSKY |
| | | Attorneys for Plaintiffs |

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

## [PROPOSED] ORDER

Pursuant to Stipulation, the Government's opposition is due by 10/28/19, and plaintiffs may file their reply by 11/12/19. The hearing is continued to 12/15/19.

Dated: 10/18/2019

THE HONORABLE KANDIS A. WESTMORE

STIPULATION AND [PROPOSED] ORDER
4:19-cv-01843 KAW                                 2