1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ELLEN LONDON (CABN 325580)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7288
6      FAX: (415) 436-7169
       ellen.london@usdoj.gov
7
   Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 4:19–CV-01843 KAW<br><br>**STATEMENT OF RECENT DECISION** |

Defendant United States Department of Labor respectfully submits this Statement of Recent Decision to bring to the Court's attention the recent decision in this District in *American Small Business League v. United States Department of Defense*, et al., No. 18-cv-01979-WHA (N.D. Cal. Nov. 24, 2019), pertaining to the application of FOIA Exemption 4 after *Food Marketing Institute v. Argus Leader Media*, 139 S. Ct. 2356 (2019) (*"Argus Leader"*), and the interplay between *Argus Leader* and the FOIA Improvement Act of 2016. The opinion is attached as Exhibit A.

STATEMENT OF RECENT DECISION                1
4:19–CV-01843 KAW

1

2  Dated: November 26, 2019                    Respectfully submitted,

3                                              DAVID L. ANDERSON
                                               United States Attorney
4
                                                /s/ *Ellen London*
5                                              ELLEN LONDON
                                               Assistant United States Attorney
6
                                               Attorneys for Defendant
7