# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 5, 2019 | **Time:** 42 minutes | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.**: 19-cv-01843-KAW | **Case Name:** The Center for Investigative Reporting v. U.S. Department of Labor | |

**Attorney for Plaintiff:** Diana Baranetsky, Rachel Brooke
**Attorney for Defendant:** Ellen London

**Deputy Clerk:** Doug Merry          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Motions for Summary Judgment (24)(29) – held.

Motions argued. The Court takes the matter under submission and will issue a written ruling.