# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. 4:19-cv-01843-KAW <br><br> **JUDGMENT** <br><br> Re: Dkt. No. 39 |

On December 10, 2019, the Court granted Plaintiffs' cross-motion for summary judgment and denied Defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiffs and against Defendant. The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

Dated: December 10, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge