1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney
2 | SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 | ELLEN LONDON (CABN 325580)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7288
FAX: (415) 436-7169
ellen.london@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | No. 19 Civ. 01843 (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, the Court denied the Government's motion for summary judgment and granted Plaintiffs' motion for summary judgment on December 10, 2019, and directed the Government to release the EEO-1 reports at issue within 30 days of its order (ECF No. 39);

WHEREAS, the Government's deadline to file an appeal is sixty days from the date of the Court's Judgment, or February 10, 2020 (as February 8, 2020 falls on a Saturday). *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B);

WHEREAS, the decision to appeal rests with the Solicitor General of the United States, who needs time to consider the issue. *See* 28 C.F.R. § 0.20(b); and

WHEREAS, defendant United States Department of Labor ("DOL") has requested an extension

of the production deadline, in order to allow the Government to consider its appellate options, and Plaintiffs have agreed to DOL's request;

IT IS HEREBY STIPULATED, by the parties to the action, through their counsel of record that DOL's deadline to release the records ordered in ECF No. 39 shall be extended to Monday, February 10, 2020.

DATED: December 20, 2019               Respectfully submitted,

                                                        DAVID L. ANDERSON
                                                        United States Attorney

                                                        */s/ Ellen London**
                                                        ELLEN LONDON
                                                        Assistant United States Attorney

                                                        Attorneys for Federal Defendant

DATED: December 20, 2019               THE CENTER FOR INVESTIGATIVE
                                                        REPORTING

                                                        */s/ D. Victoria Baranetsky*
                                                        D. VICTORIA BARANETSKY

                                                        Attorneys for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

## [PROPOSED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____

                                                        THE HONORABLE KANDIS A. WESTMORE