1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ELLEN LONDON (CABN 325580)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7288
6      FAX: (415) 436-7169
       ellen.london@usdoj.gov
7
   Attorneys for Federal Defendant
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | No. 19 Civ. 01843 (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, the Court denied the Government's motion for summary judgment and granted Plaintiffs' motion for summary judgment on December 10, 2019, and directed the Government to release the EEO-1 reports at issue within 30 days of its order (ECF No. 39);

WHEREAS, the Government's deadline to file an appeal is sixty days from the date of the Court's Judgment, or February 10, 2020 (as February 8, 2020 falls on a Saturday). *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B);

WHEREAS, the decision to appeal rests with the Solicitor General of the United States, who needs time to consider the issue. *See* 28 C.F.R. § 0.20(b); and

WHEREAS, defendant United States Department of Labor ("DOL") has requested an extension

of the production deadline, in order to allow the Government to consider its appellate options, and Plaintiffs have agreed to DOL's request;

IT IS HEREBY STIPULATED, by the parties to the action, through their counsel of record that DOL's deadline to release the records ordered in ECF No. 39 shall be extended to Monday, February 10, 2020.

DATED: December 20, 2019  Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_/s/ Ellen London*_
ELLEN LONDON
Assistant United States Attorney

Attorneys for Federal Defendant

DATED: December 20, 2019  THE CENTER FOR INVESTIGATIVE REPORTING

_/s/ D. Victoria Baranetsky_
D. VICTORIA BARANETSKY

Attorneys for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: December 20, 2019

THE HONORABLE KANDIS A. WESTMORE