D. Victoria Baranetsky (Cal. Bar No. 311892)
THE CENTER FOR INVESTIGATIVE
REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org
Telephone: (510) 982-2890

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 4:19-cv-01843-KAW<br><br>**STATEMENT OF RECENT DECISION** |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs the Center for Investigative Reporting ("CIR") and Will Evans respectfully submit this Statement of Recent Decision to bring to the Court's attention the recent decision in the District Court for the District of Columbia by Chief Judge Beryl A. Howell in *The Center for Investigative Reporting v. United States Customs and Border Protection et al.*, No. 18-2901 (BAH) (D.D.C. Dec. 31, 2019), pertaining to the application of FOIA Exemption 4 after *Food Marketing Institute v. Argus Leader Media*, 139 S. Ct. 2356 (2019) ("*Argus Leader*") and the applicability of *Argus Leader* after the FOIA Improvement Act of 2016. The opinion is attached as Exhibit A.

DATED: January 6, 2020

Respectfully submitted,

By: /s/
D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Email: vbaranetsky@revealnews.org

Attorney for Plaintiffs