DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650 614 7400

ROBERT M. LOEB (pro hac vice pending)
rloeb@orrick.com
JAMES A. FLYNN (pro hac vice pending)
jflynn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone:   202 339 8475

Attorneys for Proposed Intervenor
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 4:19-cv-01843-KAW<br><br>**SYNOPSYS, INC.'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME UNDER CIVIL L.R. 6-3; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date:   February 6, 2020<br>Time:   1:30 p.m.<br>Dept:   TBD<br>Judge: Hon. Kandis A. Westmore |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Proposed Intervenor Synopsys, Inc. ("Synopsys") hereby moves for an order shortening the time to hear Synopsys' Motion to Stay and Maintain Status Quo ("Stay Motion"). This Motion is based on this Notice, the following Memorandum of Points and Authorities, the attached Declaration of Denise M. Mingrone in Support of Motion to Shorten Time Under Civil L.R. 6-3, any judicially noticed facts, all pleadings and documents

previously filed in this case, and any argument of counsel presented at the hearing, if any.

Synopsys moves for an order shortening the time to hear the Stay Motion from March 5, 2020 to February 6, 2020.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  INTRODUCTION

This Court has ordered that no later than February 10, 2020, Defendant U.S. Department of Labor (DOL) must disclose the 2016 EEO-1 Type 2 Consolidated Report ("EEO-1 Report") submitted by Synopsys.  *See* Dkt. Nos. 39, 42.  Concurrent with this motion, Synopsys is moving for leave to intervene in this action including for purposes of appeal ("Intervention Motion").  If this Court does not hear the Stay Motion on an expedited basis, Synopsys will be substantially harmed when, pursuant to the Court's order, DOL discloses the EEO-1 Report to the press via the Plaintiffs.

### II.  ARGUMENT

DOL is facing a fast-approaching deadline.  By no later than February 10, 2020, DOL is ordered to disclose the EEO-1 Report data to Plaintiffs.  *See* Dkt. Nos. 39, 42.  On January 28, 2020, DOL informed Synopsys that it will not use its resources to appeal this Court's December 10, 2019 summary-judgment ruling ordering disclosure.  *See* Mingrone Decl. ¶ 4.

At this time, Synopsys seeks leave to intervene in this action in order to protect its confidential business information and the confidential and personal information of its employees. Synopsys has promptly sought intervention following the Court's summary-judgment ruling and DOL's subsequent determination not to appeal.  *See* Intervention Mot. at 6:25-8:6.  The Intervention Motion is set for hearing on March 5, 2020 or as soon thereafter as the matter may be heard.  Simultaneously, Synopsys seeks a stay of this Court's summary-judgment order and an order maintaining the status quo (i.e., nondisclosure).  *See generally* Stay Motion. The Stay Motion is set for hearing on March 5, 2020 or as soon thereafter as the matter may be heard.

Therefore, if the Stay Motion is heard on the usual schedule, DOL will be required to disclose the EEO-1 Report before the Court can reach a determination on Synopsys' request for a stay and for intervention.  Disclosure of the EEO-1 Report cannot be undone and would

irreparably harm Synopsys. *See, e.g.*, *John Doe Agency v. John Doe Corp.*, 488 U.S. 1306, 1309 (1989) (Marshall, Circuit Justice). Conversely, delay in the disclosure "poses no threat of irreparable harm." *Id.*

The requested time modification would allow this Court to hear Synopsys' Stay Motion before DOL is required to irreversibly disclose the EEO-1 Report to Plaintiffs.

## III.   CONCLUSION

For the abovementioned reasons, Synopsys moves for an order shortening the time to hear the Stay Motion from March 5, 2020 to February 6, 2020.

Dated: January 30, 2020                              ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Denise M. Mingrone*
Denise M. Mingrone

Attorneys for Proposed Intervenor
SYNOPSYS, INC.