DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650 614 7400

ROBERT M. LOEB (pro hac vice pending)
rloeb@orrick.com
JAMES A. FLYNN (pro hac vice pending)
jflynn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone:    202 339 8475

Attorneys for Proposed Intervenor
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 4:19-cv-01843-KAW<br><br>**[PROPOSED] ORDER GRANTING SYNOPSYS, INC.'S MOTION TO SHORTEN TIME UNDER CIVIL L.R. 6-3** |

**[PROPOSED] ORDER**

Synopsys, Inc.'s ("Synopsys") Motion to Shorten Time Under Civil L.R. 6-3, filed on January 30, 2020, for an Order to expedite the date of the hearing on Synopsys' Motion to Stay and Maintain the Status Quo ("Stay Motion") from March 5, 2020 to February 6, 2020, having been heard; and GOOD CAUSE APPEARING TO THE SATISFACTION OF THE COURT THAT Synopsys would suffer substantial harm if the Court did not shorten time to hear the Stay Motion,

NOW THEREFORE Synopsys' motion is hereby GRANTED; and it is

FURTHER ORDERED that Synopsys' Stay Motion shall be heard on February 6, 2020 at 1:30 pm; and it is

FURTHER ORDERED that any party opposing the Stay Motion shall file its opposition no later than February 4, 2020; and it is

FURTHER ORDERED that Synopsys shall file its reply no later than February 5, 2020.

**IT IS SO ORDERED.**

Dated: _____, 2020

By: _____
HON. KANDIS A. WESTMORE
U.S. MAGSITRATE JUDGE