DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650 614 7400

ROBERT M. LOEB (*pro hac vice* pending)
rloeb@orrick.com
JAMES A. FLYNN (*pro hac vice* pending)
jflynn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone:    202 339 8475

Attorneys for Proposed Intervenor
SYNOPSYS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | Case No.  4:19-cv-01843-KAW<br><br>**SYNOPSYS, INC.'S LR 3-12 ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Kandace A. Westmore |

1  Pursuant to Civil Local Rule 3-12, Synopsys, Inc. files this Administrative Motion to Consider Whether Cases Should be Related.  Prior to filing this Motion, counsel for Synopsys, Inc. reached out to counsel for the parties in an effort to obtain a stipulation regarding related case status. Counsel for the Department of Labor concurs that the cases are related, however, at the time of this filing, counsel for Plaintiffs has not provided their position.

Synopsys respectfully submits that its recently filed case, *Synopsys, Inc. v. U.S. Department of Labor*, N.D. Cal. Case No. 3:20-cv-00693-LB ("Synopsys Action") should be related to this action, *The Center for Investigative Reporting and Will Evans v. U.S. Department of Labor*, N.D. Cal. Case No. 4:19-cv-91843 ("CIR Action") because both actions involve the same parties and entail overlapping factual and legal issues.

Under the Court's local rules, an action is related to another when "(1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  N.D. Cal. Civil Local Rule 3-12.  Civil Local Rule 3-12 establishes that the Synopsys Action and CIR Action are related and should be consolidated.  First, both actions involve the rights and duties of DOL, CIR plaintiffs, and Synopsys.   Second, both actions involve the same property: Synopsys EEO-1 data.  Third, both actions concern the same transactions: CIR plaintiffs' FOIA request regarding Synopsys EEO-1 data and the DOL's response thereto.  Fourth, it is certain that there will be duplication of labor if two different Judges preside over the Synopsys Action and CIR Action, because the issues presented are essentially identical.  Fifth, there is a risk of inconsistent results absent consolidation.  A victory for Synopsys in the Synopsys Action would directly conflict with the current judgment in the CIR Action.

For the reasons stated above, Synopsys respectfully submits that the Synopsys Action and CIR Action should be related under Local Civil Rule 3-12.

1 | Dated: January 31, 2020

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE

By: */s/ Denise M. Mingrone*
    Denise M. Mingrone

Attorneys for Proposed Intervenor
SYNOPSYS, INC.