DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELLEN LONDON (CABN 325580)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7288
    FAX: (415) 436-7169
    ellen.london@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | No. 19 Civ. 01843 (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Synopsys, Inc. ("Synopsys") has moved to intervene in this action, has moved to stay the Court's December 10, 2019 Order, and also has filed a new action against the Department of Labor ("DOL"), *Synopsys, Inc. v. Dep't of Labor*, No. 20-cv-0693 (LB), raising related claims under the Administrative Procedure Act (the "APA Action");

WHEREAS, the Court issued an order granting Synopsys' motion for a stay pending the motion to intervene and requiring the parties to meet and confer about the issue of Synopsys's request to intervene, ECF No. 52, and whereas counsel for the Plaintiffs, DOL, and Synopsys met and conferred on February 10, 2020, as well as several follow up conversations since then;

WHEREAS, an administrative motion to determine whether this action and the APA Action should be related is pending in this action, ECF No. 51;

WHEREAS, DOL and Plaintiffs agree that the APA Action should be related;

WHEREAS, DOL and Synopsys will be filing cross-motions for summary judgment in the APA Action;

WHEREAS, Plaintiffs and DOL anticipate that they will be filing an opposition/response to Synopsys's motions to intervene and to stay;

WHEREAS, the parties preserve all rights, including their rights to assert claims and defenses;

IT IS HEREBY STIPULATED by the parties to the action, through their counsel of record, subject to the approval of this Court, that the APA Action should be related to this action, and the briefing and hearing on the motions in this Action and the cross-motions for summary judgment in the APA Action should proceed on the following schedule:

1. Opposition/Response on the Motion for Stay:   February 27, 2020
2. Synopsys's Opening Brief in APA Action:   March 3, 2020
3. Synopsys's Reply on the Motion for Stay:   March 5, 2020
4. CIR's and DOL's Oppositions to Motion to Intervene:   March 10, 2020
5. DOL's Cross-motion and Opposition in APA Action, and Synopsys's Reply in Support of Motion to Intervene:   March 17, 2020
6. Synopsys's Cross-opposition and Reply in APA Action:   March 24, 2020
7. DOL's Reply in APA Action:   March 31, 2020
8. Hearing: April 16, 2020

DATED: February 12, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

　　　*/s/ Ellen London\**　　
ELLEN LONDON
Assistant United States Attorney

Attorneys for Federal Defendant

|   |   |
|---|---|
| 1 | THE CENTER FOR INVESTIGATIVE REPORTING |
| 2 |   |
| 3 |     */s/ D. Victoria Baranetsky*<br>D. VICTORIA BARANETSKY |
| 4 | Attorneys for Plaintiffs |
| 5 |   |
| 6 | By: /s/Denise Mingrone<br>DENISE M. MINGRONE |
| 7 | (SBN 135224)<br>dmingrone@orrick.com |
| 8 | ROBERT L. URIARTE |
| 9 | (SBN 258274)<br>ruriarte@orrick.com |
| 10 | ORRICK,   HERRINGTON  &amp;<br>SUTCLIFFE LLP |
| 11 | 1000 Marsh Road<br>Menlo Park, CA 94025 |
| 12 | Telephone:  650 614 7400 |
| 13 | ROBERT M. LOEB (*pro hac vice*) |
| 14 | rloeb@orrick.com<br>JAMES A. FLYNN (*pro hac vice*) |
| 15 | jflynn@orrick.com<br>ORRICK,   HERRINGTON  &amp; |
| 16 | SUTCLIFFE LLP<br>1152 15th Street NW |
| 17 | Washington, DC 20005<br>Telephone: 202 339 8475 |
| 18 |   |
| 19 | Attorneys for Synopsys |
| 20 |   |
| 21 |   |
| 22 | *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.* |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE KANDIS A. WESTMORE

STIPULATION AND [PROPOSED] ORDER                                          4
19 CV 01843 (KAW)