DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:     650 614 7400

ROBERT M. LOEB (*pro hac vice* pending)
rloeb@orrick.com
JAMES A. FLYNN (*pro hac vice* pending)
jflynn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone:     202 339 8475

Attorneys for Proposed Intervenor
SYNOPSYS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 4:19-cv-01843-KAW<br><br>**SYNOPSYS' REPLY IN SUPPORT OF MOTION TO INTERVENE**<br><br>Date: March 5, 2020<br>Time: 1:30 p.m.<br>Dept: TBD<br>Judge: Hon. Kandis A. Westmore |

Synopsys, Inc. ("Synopsys") submits this statement in support of its Motion to Intervene, currently noticed for hearing before the Court on March 5, 2020. At the direction of the Court, the parties met and conferred to discuss the motion, including a briefing and hearing schedule. Based on their discussions, the parties submitted a Stipulation and Proposed Order to the Court on February 12, 2020. Dkt. 55. The proposed schedule requests opposition briefs be filed on March 10, Synopsys' reply brief on March 17 and that the hearing date for Synopsys' Motion to Intervene move to April 16, 2020. The April 16 hearing date is a proposed consolidated hearing which would include not only Synopsys' Motion to Intervene, but also the related Summary Judgment filings on the related action filed by Synopsys and Stay motions as well.

Based on the agreement of all counsel and parties and to ensure maximum efficiency as to briefing and provide a single consolidated hearing for all related motions, Synopsys respectfully requests that the Court grant the parties' Stipulation and Proposed Order and reset the hearing on its Motion to Intervene from March 5 to April 16, 2020.

Dated: February 20, 2020     ORRICK, HERRINGTON & SUTCLIFFE

By: */s/ Denise M. Mingrone*
Denise M. Mingrone

Counsel for SYNOPSYS, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP

-1-

SYNOPSYS' REPLY ISO MOTION TO INTERVENE
4:19-CV-01843-KAW