UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 4:19-cv-01843-KAW<br><br>**ORDER REGARDING 2/12/2020 STIPULATION AND PROPOSED BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 55 |

On February 12, 2020, the parties and Proposed Intervenor Synopsys, Inc. filed a stipulation pertaining to the pending motion in this case and the related APA action, *Synopsys, Inc. v. Dep't of Labor*, No. 20-cv-00693-KAW. (Dkt. No. 55.) Therein, the parties provided a proposed briefing schedule. The schedule, however, addressed a motion to stay, but there is no longer a motion to stay pending in either case.

Accordingly, the Court GRANTS the stipulation AS MODIFIED, and sets the following briefing schedule:

Motion to Intervene in 19-cv-01843-KAW

- Center for Investigative Reporting ("CIR") and Department of Labor's ("DOL") Oppositions:  March 10, 2020
- Synopsys's Reply:  March 17, 2020

Cross-motions for summary judgment in 20-cv-00693-KAW

- Synopsys's motion:   March 3, 2020
- DOL's Cross-motion and Opposition: March 17, 2020
- Synopsys's Cross-opposition and Reply:  March 24, 2020
- DOL's Surreply:  March 31, 2020

Hearing on both motions will be held on May 7, 2020.

IT IS SO ORDERED.

Dated: February 21, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge