DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650 614 7400

ROBERT M. LOEB (admitted *pro hac vice*)
rloeb@orrick.com
JAMES A. FLYNN (admitted *pro hac vice*)
jflynn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone: 202 339 8475

Attorneys for Proposed Intervenor
SYNOPSYS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 4:19-cv-01843-KAW<br><br>**SYNOPSYS, INC.'S RESPONSE RE: MOTION FOR LEAVE TO SEEK RECONSIDERATION**<br><br>Judge: Hon. Kandace A. Westmore |

1   In its response filing, while not opposing a stay of this Court's order, DOL argues that it
2   was technically incorrect to bar it from disclosing the EEO-1 data at issue. The stay issued by
3   this Court, however, properly maintains the status quo. The status quo in this case was that DOL
4   had determined that the data at issue should not be released *and* represented to Synopsys that it
5   would not release the data. DOL's observation that "FOIA by itself protects the submitters'
6   interest in confidentiality only to the extent that this interest is endorsed by the agency collecting
7   the information," (Dkt. No. 61 at 3) is of no moment here, because at the time of the Stay Order,
8   Synopsys' interest in the confidentiality of its EEO-1 data *had already been* "*endorsed by the*
9   *agency.*" *Chrysler Corp. v. Brown*, 441 U.S. 281, 293-94 (1979) (emphasis added).

10  DOL has not said that it has changed its position on whether it would disclose this
11  information as a matter of discretion. Any such change would require, under DOL regulations
12  29 C.F.R. 70.26(c)-(f), timely notice to Synopsys. None has been given.

13  DOL suggests, however, that *in theory* it could change its mind, and that it was error for
14  this Court to tie its hands. Absent an actual desire to change its position regarding disclosure
15  (absent a court order mandating disclosure), and the formal notice of that change as required by
16  regulation, however, the concerns are just that, theoretical, and they do not warrant revision of
17  the stay order.[1]

18  All of the theoretical concerns, moreover, are unwarranted for an additional reason.
19  Synopsys' related affirmative case against DOL, *Synopsys v. U.S. Department of Labor*, N.D.
20  Cal. Case No. 4:20-cv-00693-KAW, seeks a declaratory judgment that disclosure of Synopsys'
21  EEO-1 data would be contrary to federal law. DOL would not be permitted to exercise
22  discretion to disclose the data, when such disclosure is barred by law. As detailed in Synopsys'
23  pending motion for summary judgment in its affirmative case against DOL, 18 U.S.C. § 1905
24  prohibits disclosure of Synopsys' EEO-1 data. Thus, DOL has no discretion to release the data
25  in any event.

---

[1] And any such change would have to be explained and reasoned. *See, e.g., California v. Azar*, 2020 U.S. App. LEXIS 5696, at *102 (9th Cir. Feb. 24, 2020) ("[u]nexplained inconsistency between agency actions" and disregard for record evidence renders action arbitrary and capricious).

| | |
|---|---|
| 1 | Finally, as to the scope of data covered by the stay issued by this Court, the moving party |
| 2 | CIR fails to fulfill the standards set forth in Local Rule 7-9(b). This Court certainly did not |
| 3 | abuse it discretion putting its full order on hold pending the outcome of the intervention, and any |
| 4 | related appeal. And CIR identifies no urgency nor changed circumstances that require |
| 5 | reconsideration of that ruling. |

Dated: March 9, 2020                              Respectfully submitted,

By: */s/ Denise Mingrone*
Denise Mingrone
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400