DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94012-3495
    Telephone: (415) 436-7025
    FAX: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | No. 19-cv-01843-KAW<br><br>**STIPULATED JOINT REQUEST TO EXTEND BRIEFING SCHEDULE REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR LEAVE TO INTERVENE; [PROPOSED] ORDER** |
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 20-cv-00693-KAW<br><br>(Related Case) |

The parties in these related cases, by and through their undersigned attorneys, hereby stipulate

pursuant to Civil Local Rule 6-1(b) and 7-12, subject to the approval of the Court, to revise the briefing schedule regarding the parties' Cross-Motions for Summary Judgment in *Synopsys v. DOL*, No. 20-cv-00693 ("*Synopsys*"), and Synopsys's Motion for Leave to Intervene in *CIR v. DOL*, No. 19-cv-01843 ("*CIR*"), as follows. This stipulation is based on the following facts:

1. The parties previously stipulated to a schedule for the parties' cross-motions for summary and Synopsys's motion for leave to intervene, and on February 21, 2020, the Court entered an order granting that stipulation. *See CIR v. DOL*, Dkt. No. 58. Under that briefing schedule, Defendant Department of Labor's Cross-Motion for Summary Judgment is due on March 17, 2020. Synopsys's Reply Brief for its Motion for Leave to Intervene is also due on March 17, 2020.

2. Due to work disruptions and absences in light of the COVID-19 virus, Defendant has requested, and the parties have agreed, to extend the briefing schedule. The parties have agreed to and jointly propose the following revised schedule, subject to the Court's approval:

<u>Cross-motions for summary judgment in *Synopsys*</u>:

- DOL's Cross-Motion and Opposition:  March 20, 2020
- Synopsys's Cross-opposition and Reply:  March 27, 2020
- DOL's Reply: April 3, 2020

<u>Motion to Intervene in *CIR*</u>:

- Synopsys's Reply:  March 20, 2020

Hearing on both motions will remain set for May 7, 2020.

3. This requested revision of the briefing schedule should have no effect on the schedule for the case other than as stated herein.

IT IS SO STIPULATED

DATED: March 16, 2020                             Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant

| | | |
|---|---|---|
| 1 | DATED: March 16, 2020 | THE CENTER FOR INVESTIGATIVE REPORTING |
| 2 | | |
| 3 | | */s/ D. Victoria Baranetsky*<br>D. VICTORIA BARANETSKY |
| 4 | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | DATED: March 16, 2020 | ORRICK, HERRINGTON & SUTCLIFFE |
| 7 | | */s/ Denise M. Mingrone*<br>DENISE M. MINGRONE |
| 8 | | |
| 9 | | Attorneys for Plaintiff Synopsys, Inc. |

I, Pamela T. Johann, hereby attest that I have obtained the concurrence in the filing of this document from all parties.

*/s/ Pamela T. Johann*
PAMELA T. JOHANN

1  **[PROPOSED]** ORDER

2  PURSUANT TO STIPULATION, it is hereby ordered that the schedule regarding the parties'
3  Cross-Motions for Summary Judgment and Motion for Leave to Intervene is revised as follows:

4  <u>Cross-motions for summary judgment in *Synopsys*</u>:

5  - DOL's Cross-Motion and Opposition: due by March 20, 2020
6  - Synopsys's Cross-opposition and Reply: due by March 27, 2020
7  - DOL's Reply: due by April 3, 2020

8  <u>Motion to Intervene in *CIR*</u>:

9  - Synopsys's Reply: due by March 20, 2020

10  Hearing on both motions will remain set for May 7, 2020.

11  IT IS SO ORDERED.

12  Dated: ___March 18, 2020___

13  _____
    HON. KANDIS WESTMORE
    United States Magistrate Judge

*[Signature stamp: IT IS SO ORDERED, Kandis Westmore, Judge Kandis Westmore — United States District Court, Northern District of California]*