UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. 4:19-cv-01843-KAW <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEPARTMENT OF LABOR'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL** <br><br> Re: Dkt. No. 70 |

On April 13, 2020, Defendant Department of Labor filed an administrative motion for leave to file supplementary material in connection with the motion to intervene. (Mot., Dkt. No. 70.) Therein, the DOL seeks to file a five-page supplemental brief addressing two issues that arose after the filing of its March 10, 2020 opposition: 1) that the DOL has clarified its position with respect to its discretionary prospective release of the EEO-1 reports at issue in this FOIA case; and 2) that the DOL contends that Synopsys is now procedurally barred from filing an appeal because it did not file a motion to extend the time period to appeal under Federal Rule of Appellate Procedure 4(a)(5). (Mot. at 1-2.)

Potential Intervenor Synopsys, Inc. filed an opposition on the grounds that the Government has clarified its position regarding the release issue in the administrative motion and in its filing in the reverse-FOIA action, such that further briefing is not warranted. (Synopsys Opp'n, Dkt. No. 71 at 1-2.) The Court disagrees, and believes that it would be beneficial to have formal briefing in connection with this motion that cements the Government's position on this issue.

Additionally, Synopsys argues that its time to appeal has not started, because it has not been permitted to intervene. (Synopsys Opp'n at 2.) Furthermore, the issue regarding the timeliness of an appeal is typically adjudicated by the Court of Appeals. *Id.* at 3. The Court agrees.

Accordingly, the Court GRANTS IN PART AND DENIES IN PART the DOL's motion for leave to file supplementary material. The Government is permitted to file a supplemental brief, not to exceed three pages, clarifying its position on whether it has the discretion to release EEO-1 reports and how that may affect its prior arguments regarding Synopsys's standing to appeal.

DOL's supplemental brief shall be filed by May 8, 2020. Synopsys may file an optional, responsive supplemental brief on or before May 15, 2020, also not to exceed three pages. The hearings on the motion to intervene and the motion for summary judgment in the reverse-FOIA case are continued to June 4, 2020.

IT IS SO ORDERED.

Dated: April 27, 2020

*Kandis Westmore*

_____
KANDIS A. WESTMORE
United States Magistrate Judge