DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650 614 7400

ROBERT M. LOEB (admitted *pro hac vice*)
rloeb@orrick.com
JAMES A. FLYNN (admitted *pro hac vice*)
jflynn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone:    202 339 8475

Attorneys for Intervenor
SYNOPSYS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | Case No.  4:19-cv-01843-KAW<br><br>**SYNOPSYS, INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Judge: Hon. Kandis A. Westmore |

Notice is hereby given that Synopsys, Inc., in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the Order on Cross-Motions for Summary Judgment (ECF No. 39), entered in this action on the 10th day of December, 2019; the Judgment (ECF No. 40), entered in this action on the 10th day of December, 2019; the Order Granting in Part and Denying in Part Synopsys, Inc's Motion for Leave to Intervene (ECF No. 79), entered in this action on the 20th day of July, 2020; and from any and all other judgments, orders, opinions, decisions, rulings, and findings subsidiary thereto, subsumed therein, or subsequent thereto in this case.

Dated: July 22, 2020

Respectfully submitted,

By: */s/ Denise M. Mingrone*
    Denise M. Mingrone
    dmingrone@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE
    1000 Marsh Road
    Menlo Park, CA 940255
    Telephone:    650 614 7400

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Synopsys, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Denise M. Mingrone<br>Robert L. Uriarte<br>Orrick, Herrington & Sutcliffe LLP |

Address: 1000 Marsh Road, Menlo Park 94025

Telephone number(s): (650) 614-7400

Email(s): dmingrone@orrick.com; ruriarte@orrick.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| U.S. Department of Labor |

Name(s) of counsel (if any):

| |
|---|
| Pamela T. Johann |

Address: 450 Golden Gate Ave., Box 36055, San Francsico, CA 94102

Telephone number(s): (415) 436-7025

Email(s): pamela.johann@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 6**                                    1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Synopsys, Inc. (continued)

Name(s) of counsel (if any):

Robert M. Loeb, James A. Flynn
Orrick, Herrington & Sutcliffe LLP

Address: 1152 15th St NW, Washington, DC 20005

Telephone number(s): (202) 339-8475

Email(s): rloeb@orrick.com; jflynn@orrick.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

The Center for Investigative Reporting
Will Evans

Name(s) of counsel (if any):

D. Victoria Baranetsky

Address: 1400 65th St., Suite 200, Emeryville, CA 94608

Telephone number(s): (510) 809-3160

Email(s): vbaranetsky@revealnews.org

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        2                                  *New 12/01/2018*