DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (SBN 258247)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:     650 614 7400

ROBERT M. LOEB (admitted *pro hac vice*)
rloeb@orrick.com
JAMES A. FLYNN (admitted *pro hac vice*)
jflynn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone:     202 339 8475

Attorneys for Intervenor SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS, | Case No. 4:19-cv-01843-KAW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO STAY DISCLOSURE ORDER UNDER CIVIL L.R. 7-12** |
| v. | |
| U.S. DEPARTMENT OF LABOR, | |
| Defendant. | |

ORRICK, HERRINGTON &
SUTCLIFFE LLP

1      PLEASE TAKE NOTICE that the parties to the above-entitled action hereby stipulate as

2  follows:

3      1.      On July 20, 2020, this Court granted in part Synopsys' motion for leave to

4  intervene, permitting Synopsys to intervene for purposes of appeal.  Dkt. No. 79.  In the same

5  order, this Court stayed its disclosure order until July 27, 2020.  Synopsys has since filed notices

6  of appeal in this action, Dkt. No. 83, and in the related action, Case No. 20-cv-00693-KAW,

7  Dkt. No. 36.

8      2.      Synopsys requests that the court enter an order staying this Court's December 10,

9  2019 disclosure order pending final disposition of the appeals of Intervenor Synopsys, Inc., in this

10  and the related action.  Synopsys submits that the standards for a stay pending final disposition of

11  the appeals are met and, therefore, that disclosure of the requested Synopsys information should

12  be stayed pending final disposition of the appeals filed by Synopsys.  Nos. 20-16414, 20-16416

13  (9th Cir. docketed July 23, 2020).

14      3.      Plaintiffs The Center for Investigative Reporting and Will Evans, and Defendant

15  Department of Labor, stipulate that they do not oppose the entry of the above request.

16      Pursuant to Local Civil Rule 7-12, and the stipulated non-opposition of Plaintiffs and the

17  Department of Labor, Synopsys therefore respectfully requests that this Court order that

18  disclosure be stayed pending final disposition of the appeals and further order of this Court.

19  Dated: July 23, 2020                    Respectfully submitted,

20

21                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

22                                          */s/ Denise M. Mingrone*
                                            DENISE M. MINGRONE
23

24                                          Attorneys for Intervenor Synopsys, Inc.

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP

1    Dated: July 23, 2020                    DAVID L. ANDERSON
2                                            United States Attorney

3                                            */s/ Pamela T. Johann*_____
                                             PAMELA T. JOHANN
4                                            Assistant United States Attorney

5                                            Attorneys for Defendant

6

7    Dated: July 23, 2020                    THE CENTER FOR INVESTIGATIVE
                                             REPORTING
8
                                             */s/ D. Victoria Baranetsky*_____
9                                            D. VICTORIA BARANETSKY

10                                           Attorney for Plaintiffs

11

12        I, Denise Mingrone, hereby attest that I have obtained the concurrence in the filing of this

13   document from all parties.

14                                           */s/ Denise M. Mingrone*_____
                                             DENISE M. MINGRONE
15

16

17                              **[PROPOSED] ORDER**

18        PURSUANT TO STIPULATION, IT IS SO ORDERED.

19    Dated: _____, 2020

20                                      By: _____
21                                           HON. KANDIS A. WESTMORE
                                             U.S. MAGSITRATE JUDGE
22

23

24

25

26

27

28