DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (SBN 258247)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650 614 7400

ROBERT M. LOEB (admitted *pro hac vice*)
rloeb@orrick.com
JAMES A. FLYNN (admitted *pro hac vice*)
jflynn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone:    202 339 8475

Attorneys for Intervenor SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 4:19-cv-01843-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCLOSURE ORDER UNDER CIVIL L.R. 7-12** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP

PLEASE TAKE NOTICE that the parties to the above-entitled action hereby stipulate as follows:

1. On July 20, 2020, this Court granted in part Synopsys' motion for leave to intervene, permitting Synopsys to intervene for purposes of appeal. Dkt. No. 79. In the same order, this Court stayed its disclosure order until July 27, 2020. Synopsys has since filed notices of appeal in this action, Dkt. No. 83, and in the related action, Case No. 20-cv-00693-KAW, Dkt. No. 36.

2. Synopsys requests that the court enter an order staying this Court's December 10, 2019 disclosure order pending final disposition of the appeals of Intervenor Synopsys, Inc., in this and the related action. Synopsys submits that the standards for a stay pending final disposition of the appeals are met and, therefore, that disclosure of the requested Synopsys information should be stayed pending final disposition of the appeals filed by Synopsys. Nos. 20-16414, 20-16416 (9th Cir. docketed July 23, 2020).

3. Plaintiffs The Center for Investigative Reporting and Will Evans, and Defendant Department of Labor, stipulate that they do not oppose the entry of the above request.

Pursuant to Local Civil Rule 7-12, and the stipulated non-opposition of Plaintiffs and the Department of Labor, Synopsys therefore respectfully requests that this Court order that disclosure be stayed pending final disposition of the appeals and further order of this Court.

Dated: July 23, 2020                    Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Denise M. Mingrone*
DENISE M. MINGRONE

Attorneys for Intervenor Synopsys, Inc.

| | |
|---|---|
| Dated: July 23, 2020 | DAVID L. ANDERSON<br>United States Attorney<br><br>*/s/ Pamela T. Johann*<br>PAMELA T. JOHANN<br>Assistant United States Attorney<br><br>Attorneys for Defendant |
| Dated: July 23, 2020 | THE CENTER FOR INVESTIGATIVE REPORTING<br><br>*/s/ D. Victoria Baranetsky*<br>D. VICTORIA BARANETSKY<br><br>Attorney for Plaintiffs |

I, Denise Mingrone, hereby attest that I have obtained the concurrence in the filing of this document from all parties.

*/s/ Denise M. Mingrone*
DENISE M. MINGRONE

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____July 28___, 2020

By: _____
HON. KANDIS WESTMORE
U.S. MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Kandis Westmore