D. Victoria Baranetsky (Cal. Bar No. 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org
Telephone: (510) 982-2890

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. 4:19-cv-01843-KAW <br><br> **THE CENTER FOR INVESTIGATIVE REPORTING AND WILL EVENS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

1389289

Notice is hereby given that Plaintiffs the Center for Investigative Reporting and Will Evans hereby appeal, in the above-captioned case, to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part and Denying Part Synopsys, Inc.'s Motion for Leave to Intervene (ECF No. 79), entered in this action on July 20, 2020, and from and all other judgments, orders, opinions, decisions, rulings, and findings subsidiary thereto, subsumed therein, or subsequent thereto in this case.

Respectfully submitted,

Dated:  August 5, 2020

By:    _/ s / D. Victoria Baranetsky_
D. Victoria Baranetsky
THE CENTER FOR INVESTIGATIVE
REPORTING AND WILL EVANS
1400 65th St., Suite 200
Emeryville, CA  94608
vbaranetsky@revealnews.org
Telephone:  (510) 982-2890

Attorney for Plaintiffs

1389289