# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> The Center For Investigative Reporting, Will Evans

Name(s) of counsel (if any):

> D. Victoria Baranetsky

Address: 1400 65th St., Suite 200, Emeryville, CA 94608

Telephone number(s): (510) 809-3160

Email(s): vbaranetsky@revealnews.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ☉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Synopsys, Inc.

Name(s) of counsel (if any):

> Robert M. Loeb, James A. Flynn
> Orrick, Herrington & Sutcliffe LLP

Address: 1152 15th St. NW, Washington, DC 20005

Telephone number(s): (202) 339-8475

Email(s): rloeb@orrick.com; jflynn@orrick.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                       1                                 *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> The Center For Investigative Reporting, Will Evans

Name(s) of counsel (if any):

> Matthew M. Werdegar, Steven A. Hirsch
> Keker, Van Nest & Peters LLP

Address: 633 Battery St., San Francisco, CA 94111

Telephone number(s): (415) 391-5400

Email(s): mwerdegar@keker.com; shirsch@keker.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                  2                       *New 12/01/2018*