DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CSBN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36045
San Francisco, California 94102
Telephone (415) 436-7025
Fax (415) 436-7234
pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendant. | No. 19-cv-01843-KAW <br><br> **NOTICE OF CROSS-APPEAL** |

Notice is hereby given that the Defendant United States Department of Labor hereby cross-appeals to the U.S. Court of Appeals for the Ninth Circuit from the district court's July 20, 2020 Order Granting in Part and Denying in Part Synopsys, Inc.'s Motion for Leave to Intervene [Docket Entry No. 79], which includes the court's decision to grant Synopsys intervention "to appeal the December 10, 2019 order on the cross-motions for summary judgment," Order at 9, and the court's statement that Synopsys would have additional time after its July 2020 order "to timely file a notice of appeal" from the earlier December 10, 2019 final judgment, *id.*

| | |
|---|---|
| DATED: September 18, 2020 | Respectfully submitted, |
| | DAVID L. ANDERSON<br>United States Attorney |
| | */s/ Pamela T. Johann*<br>PAMELA T. JOHANN<br>Assistant United States Attorney |
| | Attorneys for Defendant |