FILED

OCT 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, <br><br> Defendant-Appellee. | No. 20-16414 <br><br> D.C. No. 4:20-cv-00693-KAW <br> Northern District of California, Oakland <br><br> ORDER |
| WILL EVANS; THE CENTER FOR INVESTIGATIVE REPORTING, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> SYNOPSYS, INC., <br><br> Intervenor-Appellant, <br><br> and <br><br> U.S. DEPARTMENT OF LABOR, <br><br> Defendant-Appellee. | No. 20-16416 <br><br> D.C. No. 4:19-cv-01843-KAW |
| WILL EVANS; THE CENTER FOR INVESTIGATIVE REPORTING, <br><br> Plaintiffs-Cross-Appellants, <br><br> v. | No. 20-16538 <br><br> D.C. No. 4:19-cv-01843-KAW |

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>   Intervenor-Cross-Appellee,<br><br>and<br><br>U.S. DEPARTMENT OF LABOR,<br><br>   Defendant. | |
| WILL EVANS; THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>   Plaintiffs,<br><br>v.<br><br>SYNOPSYS, INC.,<br><br>   Intervenor-Cross-Appellee,<br><br>and<br><br>U.S. DEPARTMENT OF LABOR,<br><br>   Defendant-Cross-Appellant. | No. 20-16826<br><br>D.C. No. 4:19-cv-01843-KAW |

Before: CLIFTON and FRIEDLAND, Circuit Judges, and McSHANE,[*] District Judge.

  The court requests supplemental briefs addressing whether the Department of Labor and The Center for Investigative Reporting forfeited their argument,

---

  [*]  The Honorable Michael J. McShane, United States District Judge for the District of Oregon, sitting by designation.

made apparently for the first time in district court filings on April 13, 2020 and April 17, 2020, that the district court did not have authority to respond to Synopsys's motion to intervene, emergency motion to stay, and motion to shorten time by extending the February 10, 2020 deadline to appeal the entry of summary judgment.  *See, e.g.*, *Hamer v. Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13 (2017) (discussing the distinction between jurisdictional deadlines and mandatory claims-processing rules and the forfeitability of the latter).  Synopsys, the Department of Labor, and The Center for Investigative Reporting shall file any supplemental briefs no later than 30 days from the date this order is filed.  Each brief shall not exceed 3,500 words.  The Department of Labor and The Center for Investigative Reporting may file a single brief, it they elect, but that brief shall not exceed 3,500 words.  No reply briefs will be permitted absent further order from the court.