UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 05 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILL EVANS and THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>        Defendant - Appellee,<br><br>SYNOPSYS, INC.,<br><br>        Intervenor-Defendant - Appellant. | No. 20-16416<br><br>D.C. No. 4:19-cv-01843-KAW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |
| WILL EVANS and THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SYNOPSYS, INC.,<br><br>        Intervenor - Appellee,<br><br> and<br><br>U.S. DEPARTMENT OF LABOR, | No. 20-16538<br><br>D.C. No. 4:19-cv-01843-KAW<br>U.S. District Court for Northern California, Oakland |

|  |  |
|---|---|
| Defendant. | |

| | |
|---|---|
| WILL EVANS and THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiffs,<br><br>v.<br><br>SYNOPSYS, INC.,<br><br>Intervenor - Appellee,<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant - Appellant. | No. 20-16826<br><br>D.C. No. 4:19-cv-01843-KAW<br>U.S. District Court for Northern California, Oakland |

The judgment of this Court, entered May 12, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7