STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CSBN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone (415) 436-7025
    Fax (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | No. 19-cv-01843-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER LIFTING STAY OF DISCLOSURE ORDER** |

    Plaintiff Center for Investigative Reporting and Defendant United States Department of Labor hereby stipulate as follows:

    1.    On December 10, 2019, this Court denied Defendant's motion for summary judgment, granted Plaintiff's cross-motion, and ordered Defendant to produce the 10 remaining 2016 EEO-1 Reports at issue in this lawsuit within 30 days of that order. Dkt. No. 39. On December 20, 2019, the release deadline was extended to February 10, 2020. Dkt. No. 42.

    2.    On February 4, 2020, the Court granted the motion of proposed intervenor Synopsys, Inc. to stay to the disclosure order pending resolution of Synopsys's motion to intervene. Dkt. No. 52. The

Court subsequently clarified that the stay of the disclosure order applied to the 2016 EEO-1 Report of Synopsys only.  Dkt. No. 74.

3. On July 20, 2020, this Court granted in part Synopsys's motion for leave to intervene, permitting Synopsys to intervene for purposes of appeal.  Dkt. No. 79.  In the same order, the Court stayed its disclosure order until July 27, 2020.

4. Synopsys subsequently filed a notice of appeal of the order and judgment in this action, Dkt. No. 83, and in the related reverse FOIA action, Case No. 20-cv-00693-KAW.  On July 28, 2020, pursuant to stipulation, this Court ordered that disclosure of the Synopsys EEO-1 Report "be stayed pending final disposition of the appeals and further order of this Court."  Dkt. No. 87.

5. On May 12, 2022, the Ninth Circuit dismissed for lack of jurisdiction Synopsys's untimely appeal of this Court's grant of summary judgment in favor of CIR.  Dkt. No. 96.  In a separate order, the Ninth Circuit affirmed this Court's denial in part of Synopsys's motion for leave to intervene and affirmed its grant of summary judgment to DOL in the reverse FOIA action.  Dkt. No. 97.  The mandate for all appeals and cross-appeals issued on July 5, 2022.  Dkt. No. 98.

6. The issuance of the mandate constitutes "final disposition of the appeals."  Accordingly, CIR and DOL request that the Court issue an order lifting the stay of the disclosure order regarding the Synopsys 2016 EEO-1 Report.  The parties further request that the Court order that the Synopsys 2016 EEO-1 Report be produced to CIR within seven days of the date of this Order.

7. The parties have conferred with counsel for Synopsys regarding this stipulation and proposed order.  Synopsys does not oppose the issuance of this proposed order.

DATED: July 8, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant

| | | |
|---|---|---|
| 1 | DATED: July 8, 2022 | THE CENTER FOR INVESTIGATIVE REPORTING |
| 2 | | |
| 3 | | */s/ D. Victoria Baranetsky*<br>D. VICTORIA BARANETSKY |
| 4 | | |
| 5 | | Attorneys for Plaintiffs |

**ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), I, Pamela T. Johann, attest under penalty of perjury that counsel for Plaintiffs has concurred in the filing of this document.

*/s/ Pamela T. Johann*
PAMELA T. JOHANN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendant Department of Labor is ordered to produce the 2016 EEO-1 Report of Synopsys, Inc. within seven days of this order.

Dated:_____

_____
THE HON. KANDIS A. WESTMORE
United States Magistrate Judge