D. VICTORIA BARANETSKY
1600 65th Street, Suite 400
Emeryville, CA 94608
Telephone: (415) 536-4155
vbaranetsky@revelnews.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. 19-cv-01843-(KAW) <br><br> **STIPULATED REQUEST FOR COURT ORDER ENLARGING TIME TO LODGE SETTLEMENT CONFERENCE STATEMENTS PURSUANT TO CIV. L.R. 6-2 AND ORDER** <br><br> Date:     May 10, 2023 <br><br> The Hon. Sallie Kim |

Pursuant to Civil Local Rules 6-1 and 6-2, plaintiffs the Center for Investigative Reporting and Will Evans (collectively "CIR") and defendant the Department of Labor, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, this matter is scheduled for a settlement conference on May 10, 2023 before Magistrate Judge Sallie Kim;

WHEREAS, on March 30, 2023, Judge Kim issued a settlement conference order requiring the parties to lodge settlement conference statements no later than fourteen calendar days prior to the conference (Dkt. No. 113); and

WHEREAS, to due unforeseen personal circumstances affecting counsel for CIR, CIR requires a two-day extension to lodge its settlement conference statement;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST an

order from the Court extending the deadline for the parties to lodge their respective settlement conference statements to Friday, April 28, 2023, twelve calendar days prior to the May 10, 2023 conference.

DATED: April 25, 2023

THE CENTER FOR INVESTIGATIVE REPORTING

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

Attorneys for Plaintiffs

DATED: April 25, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant

## ATTESTATION

I, D. Victoria Baranetsky, hereby attest under penalty of perjury that in compliance with Civil Local Rule 5-1(h)(3), I have obtained the concurrence in the filing of this document from Pamela T. Johann.

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

**ORDER**

Pursuant to the parties' stipulation, the Court HEREBY CONTINUES the deadline for the parties to lodge their respective settlement conference statements to Friday, April 28, 2023

**IT IS SO ORDERED.**

Dated: April 26, 2023

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge