1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2 MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3 PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94012-3495
      Telephone: (415) 436-7025
6     Fax: (415) 436-7234
      pamela.johann@usdoj.gov
7
Attorneys for Defendant U.S. DEPARTMENT
8 OF LABOR

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13

14 THE CENTER FOR INVESTIGATIVE            ) Case No. 19-cv-01843-KAW-SK
   REPORTING and WILL EVANS,               )
15                                          )
         Plaintiffs,                        ) **STIPULATION OF SETTLEMENT OF**
16                                          ) **ATTORNEYS' FEES CLAIMS**
      v.                                     )
17                                          )
   UNITED STATES DEPARTMENT OF              )
18 LABOR,                                   )
                                            )
19       Defendant.                         )
                                            )

20

21        IT IS HEREBY STIPULATED by and between the undersigned Plaintiffs The Center for

22 Investigative Reporting and Will Evans (collectively "Plaintiffs") and Defendant U.S. Department of

23 Labor ("Defendant" or "DOL"), by and through their respective attorneys, as follows:

24        1.      Defendant shall pay the $75,000 (seventy-five thousand dollars) ("Settlement Amount")

25 to Plaintiffs in full and complete satisfaction of Plaintiffs' claims for attorneys' fees, costs, and litigation

26 expenses under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, in the above-

27 captioned matter and all appeals and cross-appeals thereof.  This payment shall constitute full and final

28 satisfaction of any and all of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses for all

STIPULATION OF SETTLEMENT
No. 19-cv-01843-KAW-SK                          1

1   phases of litigation in the above-captioned matter, including Ninth Circuit Appeal Nos. 20-16416 and

2   20-16538, and is inclusive of any interest.  Payment of this money will be made by electronic funds

3   transfer.  Defendant will begin processing payment promptly following the date that the parties receive

4   notification of the Court's entry of this Stipulation and Plaintiffs provide all necessary information in

5   order to effectuate payment, whichever is later.  Plaintiffs' attorney agrees to provide information

6   necessary to effect the electronic fund transfer to the specified bank account.

7   　　　　2.　　　Upon the execution of this Stipulation, Plaintiffs and their successors or assigns hereby

8   release and forever discharge Defendant, its successors, the United States of America, and any

9   department, agency, or establishment of the United States, and any officers, employees, agents,

10  successors, or assigns of such department, agency, or establishment, from any and all claims and causes

11  of action that Plaintiffs assert or could have asserted in the above-captioned case and any appeals or

12  cross-appeals thereof, or which hereafter could be asserted by reason of, or with respect to, or in

13  connection with, or which arise out of, the FOIA requests on which these actions are based, including

14  but not limited to, all past, present, or future claims for attorneys' fees, costs, or litigation expenses in

15  connection with all phases of the above-captioned litigation and any appeals or cross-appeals thereof.

16  　　　　3.　　　The provisions of California Civil Code Section 1542 are set forth below:

17  　　　"A general release does not extend to claims that the creditor or releasing party does not
    know or suspect to exist in his or her favor at the time of executing the release and that,
18  　　　if known by him or her, would have materially affected his or her settlement with the
    debtor or released party."

19

20  Plaintiffs, having been apprised of the statutory language of Civil Code Section 1542, and fully

21  understanding the same, nevertheless elect to waive the benefits of any and all rights they may have

22  pursuant to the provision of that statute and any similar provision of federal law.  Plaintiffs understand

23  that, if the facts concerning any injuries, liability for damages pertaining thereto, or liability for

24  attorneys' fees, costs or litigation expenses are found hereafter to be other than or different than the facts

25  now believed by them to be true, this Stipulation shall be and remain effective notwithstanding such

26  material difference.

27  　　　　4.　　　Execution of this Stipulation and its approval by the Court shall constitute dismissal of

28  this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

STIPULATION OF SETTLEMENT
No. 19-cv-01843-KAW-SK                                           2

5.      The parties acknowledge that this Stipulation is entered into solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as evidence or as an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees regarding any issue of law or fact, or regarding the truth or validity of any allegation or claim raised in these actions, or as evidence or as an admission by Defendant regarding Plaintiffs' eligibility or entitlement to attorneys' fees, costs, or other litigation expenses under FOIA.  This Stipulation shall not be used in any manner to establish liability for fees or costs in any other case or proceeding involving Defendant.

6.      This Stipulation is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

7.      This Stipulation shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the parties hereto.  The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Stipulation

8.      The persons signing this Stipulation warrant and represent that they possess full authority to execute this Stipulation and to bind the persons on whose behalf they are signing to the terms of the Stipulation.

9.      If any withholding or income tax liability is imposed upon Plaintiffs or Plaintiffs' counsel based on payment of the Settlement Amount, Plaintiffs or Plaintiffs' counsel shall be solely responsible for paying any such determined liability from any government agency.  Nothing in this Agreement constitutes an agreement by Defendant or the United States of America concerning the characterization of the Settlement Amount for the purposes of the Internal Revenue Code, Title 26 of the United States Code.

10.      The parties agree that should any dispute arise with respect to the implementation of the terms of this Stipulation, neither Plaintiffs nor Defendant shall seek to rescind the Agreement and seek to litigate any causes of action or defenses.  The sole remedy in such a dispute is an action to enforce the Stipulation in the United States District Court for the Northern District of California.

11.      Each party hereby stipulates that it has been represented by and has relied upon

STIPULATION OF SETTLEMENT
No. 19-cv-01843-KAW-SK                                           3

1  independent counsel in the negotiations for the preparation of this Stipulation, that it has had the

2  contents of the Stipulation fully explained to it by such counsel, and that it is fully aware of and

3  understands all of the terms of the Stipulation and the legal consequences thereof.  For purposes of

4  construction, this Stipulation shall be deemed to have been drafted by all parties to this Stipulation and

5  shall not, therefore, be construed against any Party for that reason in any subsequent dispute.

6        12.    If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the

7  validity, legality, and enforceability of the remaining provisions shall not in any way be affected or

8  impaired thereby.

9        13.    This Stipulation may not be altered, modified, or otherwise changed in any respect except

10  in writing, duly executed by all of the parties or their authorized representatives.

11        14.    This Stipulation may be executed electronically and/or in several counterparts, with a

12  separate signature for each party.  All such counterparts and signature pages, together, shall be deemed

13  to be one document.  This Stipulation is effective on the date by which all parties have executed the

14  Stipulation.

15        15.    In compliance with Civil Local Rule 5-1(h)(3), the filer of this Stipulation attests under

16  penalty of perjury that each signatory has concurred in the filing of this document.

17  **IT IS SO STIPULATED.**

18  DATED: May 30, 2023                 ISMAIL J. RAMSEY

19                                        United States Attorney

20                                          */s/ Pamela T. Johann*
                                     PAMELA T. JOHANN

21                                        Assistant United States Attorney

22                                          Attorneys for Defendant U.S.
                                        Department of Labor

23

24  DATED: May 30, 2023                 THE CENTER FOR INVESTIGATIVE
                                        REPORTING

25                                          */s/ D. Victoria Baranetsky*

26                                          D. VICTORIA BARANETSKY

27                                          Attorneys for Plaintiffs The Center
                                        for Investigative Reporting and Will

28                                          Evans

1       PURSUANT TO STIPULATION IT IS SO ORDERED.

2  Dated: <u>June 29, 2023</u>

3

4                   HON. KANDIS A. WESTMORE
                      United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF SETTLEMENT
No. 19-cv-01843-KAW-SK          5